AO108(2/90) Application for Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

Any and all funds in Bank of America N.A.
account number xxxxxxxx5677,
in the name of **Harriette Walters**

**AFFIDAVIT AND APPLICATION FOR SEIZURE WARRANT**

CASE NUMBER:

I,  Debra L. LaPrevotte   being duly sworn depose and say:

I am a  Special Agent with the Federal Bureau of Investigation   and have reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely:
(describe the property to be seized):

> Any and all funds in Bank of America N.A. account number xxxxxxxx5677,
> in the name of **Harriette Walters**

which is/are:  (state one or more bases for seizure under the United States Code)

> property constituting, or derived from any proceeds obtained directly or indirectly, as the result of one or more violations of 18 U.S.C. §§ 1341 and 1956; subject to seizure pursuant to 18 U.S.C. §§ 981(b) and 982(b) and forfeiture pursuant to 18 U.S.C. §§ 981(a) and 982(a).

The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

> SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN.

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

William R. Cowden
Asset Forfeiture Unit, Criminal Division
(202) 307-0258

Signature of Affiant
Debra L. LaPrevotte, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

## <u>AFFIDAVIT</u>

**I.      PRELIMINARY INFORMATION**

1.      I, Andrew Sekela, Special Agent, Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

2.      I am a Federal Agent, authorized to investigate violations of the laws of the United States, and I am a law enforcement officer with authority to execute arrest and search warrants issued under the authority of the United States.

3.      I have been a Special Agent (SA) with the FBI, Washington Field Office, for approximately three and a half years, and I have been assigned the responsibility for conducting white collar crime investigations since July 2004.  White collar crimes are considered by the FBI to be those illegal acts characterized by fraud, concealment, or a violation of trust and that are not dependent upon the application or threat of physical force or violence.  I have received formal and informal training regarding the conduct of white collar crime investigations.  Since 2004, I have been assigned as case agent on numerous white collar crime investigations involving violations of federal law that include, but are not limited to, public corruption, government fraud, antitrust violations, bribery, and conspiracy.

4.      The information set forth in this Affidavit is known to me as a result of investigation personally conducted by me and by other law enforcement agents.  Thus, the statements contained in this Affidavit are based in part on information provided by Special Agents (SA's) and other employees of the FBI; SA's from the Internal Revenue Service; SA's from the Government of the District of Columbia (DC), Office of Tax and Revenue (OTR), Criminal Investigation Division (CID); SA's from the DC Office of the Inspector General (OIG); and

1

criminal investigators responsible for Internal Security matters from the DC Office of the Chief

Financial Officer (OCFO), Office of Integrity & Oversight (OIO).  Statements are also based in

part on review of records obtained by federal grand jury subpoenas, documents gathered during

the course of the investigation, interviews, consensually recorded conversations, surveillance,

and on my experience as a Special Agent.

5.     This Affidavit is being submitted for the limited purposes of supporting criminal

complaints and establishing probable cause to obtain search warrants and arrest warrants.  Thus,

I have not set forth each and every fact learned during the course of the investigation.   In

addition, where conversations or statements are related herein, they are related in substance and

in part except where otherwise indicated.

6.     This Affidavit is respectfully submitted in support of applications for the issuance of the

following:

       a)     <u>search warrants</u> for certain premises and electronic mail (e-mail) accounts as

              set forth in Exhibit A to this Affidavit and included herein by reference; and

       b)     <u>arrest warrants</u> for certain individuals as set forth in Exhibit B to this

              Affidavit and included herein by reference.

7.     The facts and circumstances set forth below in this Affidavit demonstrate that there is

probable cause to believe that there is presently contained within the properties set forth in

Exhibit A of this Affidavit, records, files, correspondence, memoranda, computers, computer

disks, bank and other financial records, data, and other materials that constitute evidence of, the

fruits of, or instrumentalities of criminal violations of Title 18, United States Code (U.S.C.),

Section 1341 (Mail Fraud), Section 1349 (Conspiracy to Commit Mail Fraud), Section 1344

(Bank Fraud), Section 371 (Conspiracy), Sections 1956 and 1957 (Money Laundering and Conspiracy to Commit Money Laundering), and Section 2314 (Interstate Transport of Stolen Property).

8.      The facts and circumstances set forth below in this Affidavit demonstrate that there is probable cause to believe that the individuals set forth in Exhibit B of this Affidavit have violated the federal criminal laws, including but not limited to, Title 18, United States Code (U.S.C.), Section 1341 (Mail Fraud), Section 1349 (Conspiracy to Commit Mail Fraud), Section 1344 (Bank Fraud), Section 371 (Conspiracy), Sections 1956 and 1957 (Money Laundering and Conspiracy to Commit Money Laundering), and Section 2314 (Interstate Transport of Stolen Property).

## II.    SUBJECT BACKGROUND INFORMATION

9.      **JAYRECE ELAINE TURNBULL** was born on xxxxxxxx xx, 1973 and has Social Security Number xxx-xx-xx10.  TURNBULL resides at xxxx xxxxxxxxxx xxxxx, Bowie, Maryland 20721.   No employment information or wage history could be located for TURNBULL. TURNBULL has a large number of bank accounts, including accounts in the names of "Chappa Home Services," "Legna Home Services," and variants of those names, among others.  On a D.C. tax return she filed in 2002, TURNBULL described Legna Home Services as a cleaning service.

3

10.    **HARRIETTE WALTERS** was born on xxxxxxxxx xx, 1956 and has Social Security Number xxx-xx-xx84.  HARRIETTE WALTERS resides at xxxx xxxxxx xxx xx, Washington, DC.  HARRIETTE WALTERS has been employed by the DC Government since 1981 and has been the Manager of the District of Columbia Real Property Tax Administration Adjustments Unit (RPTAAU), a part of the District of Columbia Office of Tax and Revenue (OTR) since 2004.  OTR is located at 941 North Capitol Street NE, Washington, DC, 20002.  As Manager of the RPTAAU, one of HARRIETTE WALTERS's duties is to authorize or decline property tax refund requests.  HARRIETTE WALTERS's annual salary as a District of Columbia employee is $81,000.  From September 2000 to the present, HARRIETTE WALTERS spent over $1.4 million at Neiman Marcus, the retailer.

11.    **DIANE GUSTUS** was born on xxxxx xx, 1953 and has Social Security Number xxx-xx-xx35.  GUSTUS resides at xxxxx xxxxx xxxxxx, Clinton, Maryland.  She is employed by the DC Government in OTR as a Real Property Program Specialist, with an annual salary of $55,212.

12.    **K.K., nee K.F.,** was born on xxxx xx, 1970 and has Social Security Number xxx-xx-xx29.  K.F. resides at xxxxx xxxxxxxxxx xxxxx, Upper Marlboro, Maryland.  K.F. is employed by the DC Government in OTR as a Customer Service Specialist for the DC Office of the Chief Financial Officer, with an annual salary of $48,241.

13.    **C.W.** was born on xxx xx, 1971 and has Social Security Number xxx-xx-xx25.  C.W. resides at xxxx xxxxxxxxxx xxxxxxx, xxx. xxx, Oxon Hill, Maryland.  C.W. is employed by the DC government in OTR as a Real Property Program Specialist, with an annual salary of $55,212.

4

14.    **G.R.** was born on xxxxxx x, 1958 and has Social Security Number xxx-xx-xx63.  G.R. resides at xxx xxx xxxxxx xx, Washington, DC.  G.R. is employed by the DC government in OTR as an Accounting Technician, with an annual salary of $45,560.

15.    **C.H.** was born on xxxx xx, 1946 and has Social Security Number xxx-xx-xx35.  C.H. resides at xxxx xxxx xxxxxx, Hyattsville, Maryland.  C.H. is employed by the DC government in OTR as a Tax Sales Manager, with an annual salary of $85,860.

16.    **S.J.** was born on xxxxxxx xx, 1961 and has Social Security Number xxx-xx-xx17.  S.J. resides at xxxxx xxx xxxx xxx, District Heights, Maryland.  S.J. is employed by the DC Government in OTR as an Accounting Technician, with an annual salary of $58,631.

17.    **CONNIE L. ALEXANDER** was born on xxxxxx xx, 1955 and has Social Security Number xxx-xx-xx59.  ALEXANDER lives at xxxxx xxxxxxxxxx xxxxx, Bowie, Maryland 20721.[1]  ALEXANDER has a bank account in the name of "Aurora Re Enterprises."

18.    **WALTER R. JONES, JR.** was born on xxx xx, 1974 and has Social Security Number xxx-xx-xx81.  JONES resides at x xxxxxx xxx xxxxx, Essex, Maryland, 21221.  From May 9, 1994 to February 2, 2007, JONES was an employee at Bank of America.  When Bank of America terminated JONES's employment on February 2, 2007, JONES held the position of Assistant Branch Manager at the East Point Mall branch located at 7703 Eastpoint Mall, Baltimore, MD 21224.

---

[1]    ALEXANDER has used the alias "C.L."  TURNBULL has a minor child named A.L. ALEXANDER and TURNBULL live in the same neighborhood in Bowie, Maryland, within a quarter of a mile of one another.

19.     **RICHARD J. WALTERS** was born on xxxxxxxx xx, 1958 and has Social Security Number xxx-xx-xx79.  RICHARD WALTERS resides at xxxx xxxxx xxxx, Bowie, Maryland, 20715.  RICHARD WALTERS has a bank account in the name of "Helmet's Plumbing and Heating."

20.     **RICARDO R. WALTERS** was born on xxxxxxxx xx, 1975 and has Social Security Number xxx-xx-xx33.   RICARDO WALTERS resides at xxxx xxxxxxx xxxxxx, Fort Washington, Maryland, 20744.  RICARDO WALTERS has a bank account in the name of "Ricardo Walters d/b/a Provident Home Services."

21.     In short, HARRIETTE WALTERS, GUSTUS, C.W., K.F., and G.R. are District of Columbia employees.  HARRIETTE WALTERS, TURNBULL, RICARDO WALTERS, and RICHARD WALTERS have a family relationship.[2]

III.    **THE SCHEME**

22.     There is probable cause to believe that TURNBULL, HARRIETTE WALTERS, GUSTUS, ALEXANDER, JONES, RICHARD WALTERS, and RICARDO WALTERS and others are involved in a scheme to steal tens of millions of dollars from the District of Columbia by approving and issuing fraudulent property tax refund checks from OTR.  In sum, there is probable cause to believe that HARRIETTE WALTERS, GUSTUS, and other DC government employees were involved in preparing or approving fraudulent property tax refund requests to generate over forty separate fraudulent refund checks averaging, at this stage of the investigation,

---

[2]     On July 26, 2006, an obituary for H.R.W. was published in the *Virgin Islands Daily News*.  The obituary stated that H.R.W. had three sisters (HARRIETTE WALTERS, C.B. and C.S.) one brother (RICHARD WALTERS), two adopted sons (RICARDO WALTERS and E.C.), and two nieces (TURNBULL and S.S.).

over $388,000. Those fraudulent tax refund checks were deposited primarily into sham corporate accounts controlled by HARRIETTE WALTERS's relatives, including TURNBULL's "Chappa Home Services" and "Legna Home Services" accounts, RICHARD WALTERS's "Helmet Plumbing and Heating" account, and RICARDO WALTERS's "Provident Home Services" account. The fraudulently obtained funds were then distributed through cash, cashier's checks and wire transfers to the co-conspirators and family members, who used the funds to, among other things, purchase homes, vehicles, jewelry, luxury clothing and houseware items, and other real and personal property. For example, as noted above, from September 2000 to the present, HARRIETTE WALTERS spent more than $1.4 million at Neiman Marcus. Moreover, some of the money stolen from the District of Columbia has been sent to a money exchange institution in the Dominican Republic that has no bank branches in the United States.

23.     HARRIETTE WALTERS abused her position of authority as Manager of the District of Columbia Real Property Tax Administration Adjustments Unit (RPTAAU) to approve fraudulent property tax return requests. HARRIETTE WALTERS would approve refund request packages that, on first glance, had the veneer of legitimacy. Many of the voucher request packets identified to date in this scheme have various attached pages purporting to justify the property tax refund, including copies of checks payable to the District of Columbia for tax liabilities. On closer inspection, however, the attached pages often do not match the name of the company on whose behalf the fraudulent tax refund was purportedly sought. Moreover, the conspirators often used the names of legitimate companies or their agents as the lead payee name on the check, again to make it appear that the fraudulent requests were true and accurate. Thus, a number of the fraudulent voucher requests list a legitimate (or apparently legitimate) company name but

also list as a co-payee a person or entity connected with the conspiracy, so the check generated through the scheme could be deposited into one of the bank accounts controlled by the conspirators. None of the fraudulent tax return voucher request packets has a legitimate Order from the Superior Court Tax Division directing that a tax refund be paid. Significantly, a number of the vouchers use the exact same documentation to support different vouchers applying to different properties. The conspirators were also aided in their scheme by JONES, who, as an assistant bank manager, was able to assist the conspirators in moving money among and between accounts.

24.     The extent of the scheme and magnitude of the fraud are still being assessed. Based on the investigation by the FBI, OIG, and OTR to date, there is probable cause to believe that the scheme has generated at least 42 fraudulent checks, with a financial loss to the District of Columbia of more than $16 million. That amount may continue to grow as the investigation continues and additional fraudulent checks are discovered. Moreover, of that $16 million, less than $2 million in bank accounts have been located thus far.

### A.     DC Property Tax Refund Process

25.     Under the normal and appropriate process by which property tax refunds are requested and issued in the District of Columbia, a legitimate tax refund occurs only when a taxpayer has paid more in taxes than is owed. Overpayments occur because a property is assessed incorrectly or where taxes are prepaid on a property that is later sold, among other reasons.

26.    A legitimate property tax refund request typically includes a Court order from the Superior Court of the District of Columbia Tax Division indicating the Tax Docket Number and the exact amount of the refund.    Property tax return voucher request paperwork also normally includes details about the property for which a refund is requested, such as the "square" and "lot" numbers of the property on which taxes were assessed and the property owner or agent.

27.    Before a property tax refund check is issued, the request must be signed by four DC employees: (1) an RPTAAU employee,[3] who prepares the tax refund request by completing a Refund Research Form and a SOAR Revenue Refund Voucher form, the latter being a computer-generated form; (2) an RPTAAU manager, who verifies the Refund Research Form and approves the Voucher; (3) the person who enters the data into the disbursement system (from Revenue Accounting); and (4) a Revenue Accounting manager (who verifies that the data was entered correctly).    Only the first two employees' signatures relate to actual review and approval of the tax refund request; the latter two signatures relate only to the accurate entry and verification of data into the DC government disbursement system.    If the taxpayer qualifies for a refund, the RPTAAU submits a request for a refund check to be issued for the taxpayer.

####    B.    Execution of the Scheme

28.    As detailed below, the conspirators in this scheme obtained millions of dollars in fraudulent property tax refunds by submitting applications for property tax refunds with false information, including false applicant names and false property information.    The scheme succeeded because corrupt District of Columbia government employees knowingly approved fraudulent property tax refund applications.

---

[3]    The RPTAAU is a division of the DC Office of the Chief Financial Officer (OCFO), Office of Tax and Revenue (OTR).

29.     To obtain a refund check from the DC government, the conspirators had to submit property tax refund applications and receive approval of those applications.  As discussed above, to generate a refund check, the scheme required the creation of a refund voucher within the RPTAAU.  The voucher essentially requested the refund of a property tax overpayment.

30.     One of the indicators used by OTR investigators to identify fraudulent refund checks in this case was a comparison of the square and lot number listed on the voucher requesting a property tax refund to the property owner information on record.  If the property owner name did not correspond with the square and lot number, this provided evidence that the refund request may have been fraudulent.  For most, if not all, of the checks issued in this scheme, the payee name on the refund check did not correspond with DC records regarding the owner of a particular square/lot number.   Additionally, the scheme succeeded because HARRIETTE WALTERS used her position of authority to approve each fraudulent refund voucher, knowing that the vouchers were fraudulent.  These approvals resulted in the issuance of fraudulent checks.

31.     Upon approval of a property tax refund voucher by HARRIETTE WALTERS, a refund check was issued by a different branch of OTR.  The fraudulent refund checks generally were not mailed to taxpayers or their representatives.  Instead, the checks were labeled "Hold for Pick-up" and maintained in a DC government office.  One of the conspirators, or someone acting on their behalf, picked up the fraudulent refund checks and arranged for them to be deposited into one of the accounts controlled by the conspirators.  Records obtained from OTR reflect the signature of HARRIETTE WALTERS as having picked up a number of the fraudulent property tax return checks she approved.  The illicit funds were laundered through those accounts and distributed among and between the conspirators.

10

### C.    Fraudulent Checks Identified To Date

32.    Exhibit C to this Affidavit, which is incorporated herein by reference, is a table containing information regarding the fraudulent checks in this scheme that have been identified to date.  Exhibit C demonstrates that, of the 42 fraudulent property tax return checks identified thus far, all were approved by HARRIETTE WALTERS; 33 indicate that they were prepared by GUSTUS; six indicate that they were prepared by G.R.; two indicate that they were prepared by C.W; and one indicates it was prepared by a former employee.

33.    Moreover, of the 42 fraudulent property tax return checks identified thus far, two list "Legna Home Services" or a variant of that entity as a payee or co-payee; 14 list "Chappa Home Services" or a variant as a payee or co-payee; five list "Provident Homes Services" or a variant as a payee or co-payee; three list "Helmet Corporation" or a variant as a payee or co-payee; and two list "Aurora R.E. Enterprises" or a variant as a payee or co-payee.

34.    Once the conspirators obtained the fraudulent property tax refund checks, they deposited them into bank accounts they controlled, including at bank branches in Maryland.  Of the 42 fraudulent property tax refund checks identified thus far, 30 were deposited into accounts with TURNBULL's name listed as an account holder; three were deposited into an account with RICHARD WALTERS's name listed as an account holder; six were deposited into an account with RICARDO WALTERS's name listed as an account holder; and two were deposited into an account with ALEXANDER's name listed as an account holder.

35.    A number of the fraudulent property tax return checks were successfully cashed and deposited even though the payee name on the refund check did not match the account holder's name on the bank account.

11

36.     Below is a discussion of eight of the checks that appear within Exhibit C, which establish

probable cause to believe that the checks in question are fraudulent.

### 1.     Refund Voucher 2337

| | |
|---|---|
| Date of Check: | March 11, 2005 |
| Check No.: | **6243600** |
| Drawn From: | DC Government bank account number xxxxxxxx2547 (Bank of America)[4] |
| Amount: | $350,000 |
| Payable To: | 1301 LIMITED PARTNERSHIP<br>C/O CHAPPAHOME SERVICES INC.<br>HOLD FOR PICK-UP<br>WASHINGTON DC 20001 |
| Voucher Prepared By: | GUSTUS (February 24, 2005) |
| Voucher Authorized By: | HARRIETTE WALTERS (February 25, 2005) |
| | |
| Deposit Date: | March 13, 2005 |
| Deposited Into: | Bank of America account xxxxxxx3993 |
| Account Owner: | JAYRECE E. TURNBULL d/b/a LEGNA HOME SERVICES |
| Account Opened: | November 5, 2001 |

37.     On February 25, 2005, HARRIETTE WALTERS authorized Voucher 2337, which called

for a refund of real property taxes to an entity identified as "1301 Limited Partnership, c/o

Chappahome Services, Inc."  GUSTUS is indicated as having prepared (on February 23, 2005)

the Refund Research Form for Voucher 2337, and HARRIETTE WALTERS verified that form

on the same date.  Based on HARRIETTE WALTERS's authorization, on March 11, 2005, the

District of Columbia issued Check No. 6243600, payable to "1301 Limited Partnership, c/o

---

[4]     To date, all fraudulent checks identified as part of this scheme were issued from Bank of America Account No. xxxx2547, registered to the Government of the District of Columbia.  This account is used by the DC Government as a "disbursement account."

Chappahome Services Inc." in the amount of $350,000.00. The check was designated "Hold for Pick-Up."

38.     Voucher 2337 and its underlying Refund Research Form are materially deficient in several respects that, taken separately and in the aggregate, provide probable cause to believe that the Voucher was created as part of the conspirators' scheme to defraud. For example:

a)     Voucher 2337 purports to authorize a refund of real property taxes paid for square/lot number 2183-0812. However, available DC property records do not list a property with that square/lot number;

b)     The Refund Research Form lists a different square/lot number (2138-0812) than the square/lot number on Voucher 2337. Square and lot number 2138-0812 is a valid number corresponding to a property located at 2500 Calvert St NW, in Washington DC. The actual taxpayer for this property is "Omni Acquisition Corp., Omni Hotels Treasury," 420 Decker Dr, Irving, TX 75062-3951. The entity that received a property tax refund based on Voucher 2337---"1301 Limited Partnership, c/o Chappahome Services Inc."---has no known association with the Omni Hotel or to square/lot number 2138-0182;

c)     The Refund Research Form does not include legitimate justification (e.g., a court order or other formal document explaining the basis for the refund) for a real property tax refund of $350,000.00. To the contrary, the Refund Research Form lists "tax due," "amount paid" and "overpayment" figures that do not correspond to the supporting documentation;

d)      The Refund Research Form is internally inconsistent, as it lists the "tax due" as "$1,220,091.67" at the top of one of the columns in the one-page document, and "$1,320,091.67" at the bottom of that column without any calculations or explanations accounting for the $100,000.00 difference in the two tax-due amounts;

39.      On March 13, 2005, Check No. 6243600, in the amount of $350,000.00, was deposited into Bank of America Account No. xxxxxxx3993, an account under TURNBULL's control.

40.      TURNBULL distributed money from Bank of America account number xxxxxxx3993 to several co-conspirators/beneficiaries of the scheme to defraud, including, but not limited to:

a)      HARRIETTE WALTERS ($205,000.00), the DC Government employee who authorized Voucher 2337;

b)      GUSTUS ($10,000.00), the DC Government employee who is indicated as having prepared the Refund Research Form underlying Voucher 2337;

c)      K.F. ($10,000.00), a DC Government employee who works in a different section of OTR than HARRIETTE WALTERS, GUSTUS, C.W., and G.R.;

d)      C.W. ($8,000.00), a DC Government employee who works in the same office as HARRIETTE WALTERS, GUSTUS,  and G.R.; and

e)      RICARDO WALTERS ($11,200.00), a relative of HARRIETTE WALTERS.

41.      TURNBULL also used Bank of America account number xxxxxxx3993 to make payments that, by inference, directly or indirectly benefited HARRIETTE WALTERS.  For example:

14

a)    TURNBULL directed payments to a number of HARRIETTE WALTERS's relatives, including H.W. ($4,500.00), the deceased sister of HARRIETTE WALTERS; and N.W. ($10,000.00).

42.    The following chart summaries the various withdrawal transactions that TURNBULL completed to distribute the proceeds of the fraudulently obtained District of Columbia funds:

| Amount | Recipient |
|---|---|
| $18,690 | Adore Jewelry |
| $10,000 | RICARDO WALTERS |
| $1,200 | RICARDO WALTERS |
| $40,000 | HARRIETTE WALTERS |
| $50,000 | HARRIETTE WALTERS |
| $110,000 | HARRIETTE WALTERS |
| $107,500 | TURNBULL<br><br>Cashier's checks issued to:<br><br>A.O. ($10,000);<br><br>C.W. ($8,000);<br><br>H.W. ($4,500);<br><br>Neiman Marcus ($80,000); and<br><br>$5,000 cash. |

15

| $35,000 | TURNBULL<br><br>Cashier's checks issued to:<br><br>K.F. ($10,000);<br><br>N.W.  ($10,000);<br><br>GUSTUS ($10,000);<br><br>HARRIETTE WALTERS ($5,000). |
|---|---|
| $5,000 | Cash |

### 2.    Refund Voucher 2431

| Date of Check: | May 4, 2005 |
|---|---|
| Check No.: | **6282221** |
| Drawn From: | DC Government bank account number xxxxxxx2547 (Bank of America) |
| Amount: | $329,913.31 |
| Payable To: | BGW, LLP<br>C/O WILKES & ARTIS LLC<br>HOLD FOR PICKUP<br>WASHINGTON DC 20001 |
| Voucher Prepared By: | GUSTUS (April 15, 2005) |
| Voucher Authorized By: | HARRIETTE WALTERS (April 15, 2005) |
|  |  |
| Deposit Date: | May 23, 2005 |
| Deposited Into: | Bank of America account xxxxxx3993 |
| Account Owner: | JAYRECE E.  TURNBULL, d/b/a  LEGNA HOME SERVICES |
| Account Opened: | November 5, 2001 |

43.    On April 15, 2005, HARRIETTE WALTERS authorized Voucher 2431, which called for

a refund of real property taxes to an entity identified as "BGW, LLP, c/o Wilkes and Artis,

LLC."  GUSTUS is indicated as having prepared the Refund Research Form for Voucher 2431,

16

and HARRIETTE WALTERS verified that form on April 14, 2005. Based on HARRIETTE WALTERS's authorization, on May 4, 2005, the District of Columbia issued Check No. 6282221, payable to "BGW, LLP, c/o Wilkes & Artis, LLC," in the amount of $329,913.31. The check was designated "Hold for Pick-up."

44.    Voucher 2431 and its underlying Refund Research Form are materially deficient in several respect that, taken separately and in the aggregate, provide probable cause to believe that the Voucher was created as part of the conspirators' scheme to defraud. For example:

    a)    Voucher 2431 purports to authorize a refund of real property taxes paid for square/lot number 0850-0217. However, available DC property records do not list any property with that square/lot number;

    b)    The Refund Research Form lists a different square/lot number (0217-0050) than the square/lot number on Voucher 2431. Square and lot number 0217-0050 is a valid number corresponding to a commercial office building located at 1425 K St NW, Washington DC and owned by BGW LLP. However, Jayrece E. Turnbull, d/b/a Legna Home Services, the account into which the $329,913.31 property tax refund was deposited, has no known relationship with BGW LLP or Wilkes & Artis LLP;

    c)    The Refund Research Form does not include legitimate justification (e.g., a court order or other formal document explaining the basis for the refund) for a real property tax refund of $329,913.31. To the contrary, the Refund Research Form lists "tax due," "amount paid" and "overpayment" figures that do not correspond to any supporting documentation. The documentation includes copies of checks from two different entities, from two significantly different locations: (1) a check for $307,580.87 from BGW Limited Partnership, Suite 1200

17

Bender Building, 1120 Connecticut Avenue NW, Washington, D.C. 20036 ; and (2) two checks

from Gables Residential, c/o Gables Residential Services, 777 Yamato Road, Suite 510, Boca

Raton, FL 44542, one in the amount of $223,530.38 and the other in the amount of $71,287.90.

The total of those checks is $602,399.15, a figure that appears nowhere on the Refund Research

Form and does not correspond to the $964,813.31 indicated on the Refund Research Form as

having been paid in property taxes on square/lot 0217-0050;

       d)     The Refund Research Form is internally inconsistent.  In the top of the tax due

column, the Form lists $654,900.00, but at the bottom of that column the tax due is listed as

$634,900.00; but the form provides no calculations explaining that $20,000 difference.

45.     On May 23, 2005, Check No. 6282221, in the amount of $329,913.31, was deposited into

into Bank of America Account No. xxxxxx3993, an account under TURNBULL's control (and

the same account used to deposit the refund check that resulted from Voucher 2337).


### 3.    Refund Voucher 2358

| Date of Check: | March 30, 2005 |
|---|---|
| Check No.: | **6258376** |
| Drawn From: | DC Government bank account number xxxxxxxx2547 (Bank of America) |
| Amount: | $379,000.00 |
| Payable To: | JAD ASSOCIATES, INC. C/O CHAPPAHOME SERVICING HOLD FOR PICK-UP WASHINGTON DC 20001 |
| Voucher Prepared By: | GUSTUS (March 17, 2005) |
| Voucher Authorized By: | HARRIETTE WALTERS (March 17, 2005) |
|  |  |
| Deposit Date: | April 22, 2005 |
| Deposited Into: | Bank of America account xxxxxx7785 |

| Account Owner: | JAYRECE TURNBULL d/b/a CHAPA INTERIORS |
|---|---|
| Account Opened: | December 24, 2004 |

46.     On March 17, 2005, HARRIETTE WALTERS authorized Voucher 2358, which called for a refund of real property taxes to an entity identified as "JAD Associates, Inc., c/o Chappahome Servicing."  GUSTUS is indicated as having prepared the Refund Research Form for Voucher 2431 on March 15, 2005, and HARRIETTE WALTERS verified that form on the same date.  Based on HARRIETTE WALTERS's authorization, on March 30, 2005, the District of Columbia issued Check No. 6258376, payable to "JAD Associates, Inc., c/o Chappahome Servicing," in the amount of $379,000.00.  The check was designated "Hold for Pick-Up."

47.     Voucher 2358 and its underlying Refund Research Form are materially deficient in several respects that, taken separately and in the aggregate, provide probable cause to believe the Voucher was created as part of the conspirators' scheme to defraud.  For example:

        a)      Voucher 2358 purports to authorize a refund of real property taxes paid for square/lot number 0223-0021.  However, available DC property records do not list a property with that square/lot number;

        b)      The Refund Research Form lists a different square/lot number (0322-0021) than the square/lot number on Voucher 2358.  Square and lot number 0322-0021 corresponds to a property located at 1101 Pennsylvania Ave., NW, Washington DC and owned by JAD Associates.  According to government records, JAD Associates already has an agent:  Spaulding & Slye, not "Chappahome Servicing" or TURNBULL.  Neither 1101 Pennsylvania Avenue, JAD Associates, nor Spaulding & Slye has a known association with "Chappahome Servicing," the entity listed on Voucher 2358 and that received the resulting $379,000.00 tax refund check;

19

c)        The Refund Research Form does not include legitimate justification (e.g., a court order or other formal document explaining the basis for the refund) for a real property tax refund of $379,000.00;

d)        The one supporting document attached to the Refund Research Form is a check from a corporation in Dallas, Texas, First American Controlled Disbursements, that lists in the memo line of the check "Loan 030220739." The date of that check is April 26, 2004, whereas the Refund Research Form lists the date of payment for that amount as March 31, 2004 (and puts that date in the column marked "Batch Number," not the "Date Paid" column). Finally, the Refund Research Form lists a tax amount of $846,719.10 purportedly paid on September 15, 2004, but attaches no check or other documentation supporting such a payment.

48.    On April 22, 2005, Check No. 6258376, in the amount of $379,000.00, was deposited into Bank of America Account No. xxxxxxx7785, an account under TURNBULL's control.

49.    TURNBULL distributed money from Bank of America account number xxxxxxx7785 to several co-conspirators and beneficiaries of the scheme to defraud, including, but not limited to:

a)        HARRIETTE WALTERS ($100,000.00), the DC Government employee who authorized Voucher 2358 (HARRIETTE WALTERS and TURNBULL appear to have shared this amount); and

b)        TURNBULL ($343,000.00), who used $100,000.00 of these funds to purchase four cashier's checks that were sent out of the country. All four of these cashier's checks were deposited through Mellon National Bank, Hileah, Florida, with the endorsement reading as "deposit only agente de cambro commercializadora de capitales, SA xxxxxxx5069." "Cambro Commercializadora de Capitales SA" is a money exchange/check cashing business in the

Dominican Republic that is not licensed to do business in the United States. Therefore, the business does not have branches in the United States. However, the company does have a checking account at Mellon Bank, Account No. xxxxxx5069, that the company uses to process checks it cashes in the Dominican Republic. The company uses a courier service to transport the checks from the Dominican Republic to its branch in Florida. Frequently, people take checks in U.S. dollars to the business and exchange the checks for pesos.

50.    The following chart summarizes the various withdrawal transactions that TURNBULL completed to distribute the fraudulently obtained DC Government funds.

| Amount | Recipient |
|--------|-----------|
| $10,000 | Cash |
| $3,000 | Cash |
| $5,000 | Cash |
| $100,000 | TURNBULL (four cashier's checks issued from these funds) |
| $100,000 | TURNBULL/HARRIETTE WALTERS |
| $225,000 | TURNBULL |

### 4.    Refund Voucher 3715

| Date of Check: | April 26, 2007 |
|----------------|----------------|
| Check No.: | **6741804** |
| Drawn From: | DC Government bank account number xxxxxxxx2547 (Bank of America) |
| Amount: | $398,680.00 |
| Payable To: | CHAPPAHOME INC. |

|  | C/O WILKES ARTIS, LLC<br>HOLD FOR PICK-UP<br>QASHINGTON (sic) DC 20001 |
| --- | --- |
| Voucher Prepared By: | C.W. (April 21, 2007) |
| Voucher Authorized By: | HARRIETTE WALTERS (April 21, 2007) |
|  |  |
| Deposit Date: | May 4, 2007 |
| Deposited Into: | Bank of America account xxxxxx2467 |
| Account Owner: | JAYRECE TURNBULL, d/b/a CHAPA INTERIORS |

51.    On April 21, 2007, HARRIETTE WALTERS authorized Voucher 3715, which called for a refund of real property taxes to an entity identified as "Chappahome Inc., c/o Wilkes Artis, LLC." C.W. is indicated as having prepared the Voucher. HARRIETTE WALTERS verified the Refund Research Form on April 20, 2007. Based on HARRIETTE WALTERS's authorization, on April 26, 2007, the District of Columbia issued Check No. 6741804, payable to "Chappahome Inc., c/o Wilkes Artis, LLC," in the amount of $398,680.00. The check was designated "Hold for Pick-Up."

52.    Voucher 3715 and its underlying Refund Research Form are materially deficient in several respects that, taken separately and in the aggregate, provide probable cause to believe that the Voucher was created as part of the conspirators' scheme to defraud. For example:

        a)    Voucher 3715 purports to authorize a refund of real property taxes paid for square/lot number 0702-0825. However, available DC property records do not list a property with that square/lot number;

        b)    The Refund Research Form lists the same invalid square/lot number (0702-0825) that is on Voucher 3715. However, one of the documents (a printout of a computer screen, titled "Client Financials") attached to the Refund Research Form references a different square/lot

number (0720-0825).  Although 0720-0825 is a valid square/lot number corresponding to property located at 600 2nd Street NE, Washington DC and owned by Second Street Holding LLC Louis Dreyfus Property Group, the property owner has no known association with Chappahome Inc., the entity listed as the primary payee on the refund check;

c)      The Refund Research Form does not include any justification (e.g., a court order or other formal document explaining the basis for the refund) for a real property tax refund of $398,680.00.  To the contrary, the Refund Research Form lists "tax due," "amount paid" and "overpayment" figures that do not correspond to the supporting documentation.  For example, one of the supporting documents is a check in the amount of $145,145.32 (an amount that nowhere appears on the Refund Research Fund) on the account of DC 17th Street Corporation c/o Insignia/ESG, Inc. (a company with no known association with Chappahome).  Moreover, the check itself has in handwritten print the words "Lot #0093 – Sq #0162"---which does not correspond to the lot/square information listed on the Voucher or Refund Request Form (0702/0825).

53.    On May 4, 2007, Check No. 6741804, in the amount of $398,680.00, was deposited into Bank of America account number xxxxxx2467, an account under TURNBULL's control.

54.    From May 4, 2007 to May 28, 2007, TURNBULL distributed money from Bank of America account number xxxxxx2467 to several co-conspirators/beneficiaries of the scheme to defraud, including, but not limited to:

a)      HARRIETTE WALTERS ($180,000.00), the DC Government employee who authorized Voucher 3715; and

b)    RICARDO WALTERS ($20,000.00), a relative of HARRIETTE WALTERS.

The following chart summarizes the various withdrawal transactions that TURNBULL
completed to distribute the fraudulently obtained DC Government funds.

| Date | Amount | Recipient |
|---|---|---|
| 5/4/07 | $50,000 | HARRIETTE WALTERS |
| 5/8/07 | $20,000 | RICARDO WALTERS |
| 5/10/07 | $50,000 | HARRIETTE WALTERS |
| 5/25/07 | $50,000 | HARRIETTE WALTERS |
| 5/28/07 | $30,000[5] | HARRIETTE WALTERS |

### 5.    Refund Voucher 3755

| | |
|---|---|
| Date of Check: | May 23, 2007 |
| Check No.: | **6756039** |
| Drawn From: | DC Government bank account number xxxxxxxx2547 (Bank of America) |
| Amount: | $541,100.74 |
| Payable To: | HELMET INC, COP [SIC] C/O DAVID FUSS ESQ HOLD FOR PICK-UP WASHINGTON DC 20001 |
| Voucher Prepared By: | C.W. (May 11, 2007) |
| Voucher Authorized By: | HARRIETTE WALTERS (May 11, 2007) |
| | |

---

[5]    This check was endorsed "for deposit only" by Harriette M. Walters and deposited into
Bank of America account number xxxxxx5677.  Bank of America records indicate account
number xxxxxx5677 is registered to Harriette Monica Walters, xxxx xxxxxx xxxxxx xx,
Washington, DC 20015.

24

| Deposit Date: | June 5, 2007 |
|---|---|
| Deposited Into: | Bank of America account xxxxxx1389 |
| Account Owner: | RICHARD WALTERS d/b/a HELMET'S PLUMBING & HEATING |

55.     On May 11, 2007, HARRIETTE WALTERS authorized Voucher 3755, which called for a refund of real property taxes to an entity identified as "Helmet, Inc., COP, c/o David Fuss, Esq." C.W. is indicated as having prepared the Voucher. HARRIETTE WALTERS verified the Refund Research Form for Voucher 3755 on May 10, 2007. Based on HARRIETTE WALTERS's authorization, on May 23, 2007, the District of Columbia issued Check No. 6756039, payable to "Helmet, Inc., Cop, c/o David Fuss, Esq.," in the amount of $541,100.74. The check was designated "Hold for Pick-Up."

56.     Voucher 3755 and its underlying Refund Research Form are materially deficient in several respects that, taken separately and in the aggregate, provide probable cause to believe that the Voucher was created as part of the conspirators' scheme to defraud. For example:

        a)      Voucher 3755 purports to authorize a refund of real property taxes paid for square/lot number 0002-0067. However, available DC property records do not list a property with that square/lot number;

        b)      The Refund Research Form lists a different square/lot number (0220-0067) than the square/lot number on Voucher 3755. Although 0220-0067 is a valid square/lot number corresponding to property located at 875 15th Street, NW, Washington DC and owned by Bowen Building LP, that property owner has no known association with Helmet, Inc. COP, the entity listed on Voucher 3755 and on the resulting refund check. The address listed for Bowen Building LP in government records is in Paramus, New Jersey;

25

c)      The Refund Research Form does not include any justification (u.g., a court order or other formal document explaining the basis for the refund) for a real property tax refund of $541,100.74.  To the contrary, the Refund Research Form lists "tax due," "amount paid" and "overpayment" figures that do not correspond to supporting documentation.  Indeed, the only documentation attached to the Refund Research Form is three copies of the same exact check to the D.C government in the amount of $1,265,538.75 from Charles E. Smith Real Estate Services LP.  That amount does not appear on the Refund Research Form;

d)      The Refund Research Form lists information about the purported taxpayer that is different from the information on Voucher 3755 and check #6756039.  Specifically, although the voucher and check identify the taxpayer as "Helmet Inc., COP, c/o David Fuss, Esq.," the Research Refund Form refers to "Helmet In (sic) COP, c/o Wilkes Arts, Esq. 1501 K Street Washington DC";

e)      The entries in the "amount paid" column of the Refund Research Form ($852,522.55 and $719,847.86) do not add up to the total "amount paid," which is listed as $2,113,471.15.

57.     On June 5, 2007, Check No. 6756039, in the amount of $541,100.74, was deposited into Bank of America account number xxxxxx1389, an account under RICHARD WALTERS's control and under the name of "Richard Walters d/b/a Helmet's Plumbing & Heating."

6.    **Refund Voucher 3701**

| Date of Check: | May 23, 2007 |
|---|---|
| Check No.: | **6756040** |
| Drawn From: | DC Government bank account number xxxxxxxx2547 (Bank of America) |
| Amount: | $410,000.00 |
| Payable To: | FIRST AMERICAN HOME C/O DAVID FUSS ESQ HOLD FOR PICK-UP WASHINGTON DC 20001 |
| Voucher Prepared By: | GUSTUS (April 5, 2007) |
| Voucher Authorized By: | HARRIETTE WALTERS (April 5, 2007) |
| | |
| Deposit Date: | June 19, 2007 |
| Deposited Into: | SunTrust account xxxx8316 |
| Account Owner: | JAYRECE TURNBULL d/b/a FIRST AMERICAN HOME |

58.    On April 5, 2007, HARRIETTE WALTERS authorized Voucher 3701, which called for a refund of real property taxes to an entity identified as "First American Home, c/o David Fuss, Esq." GUSTUS prepared the Refund Research Form for Voucher 3701, and HARRIETTE WALTERS verified that form. Based on HARRIETTE WALTERS's authorization, on May 23, 2007, the District of Columbia issued Check No.6756040, payable to "First American Home, c/o David Fuss, Esq.," in the amount of $410,000.00. The check was designated "Hold for Pick-Up."

59.    Voucher 3701 and its underlying Refund Research Form are materially deficient in several respects that, taken separately and in the aggregate, provide probable cause to believe that the Voucher was created as part of the conspirators' scheme to defraud. For example:

27

a)      Voucher 3701 purports to authorize a refund of real property taxes paid for square/lot number 0042-0109.  However, available DC property records do not list a property with that square/lot number;

b)      The Refund Research Form lists a different square/lot number (0214-0109) than the square/lot number on Voucher 3701.  Although 0214-0109 is a valid square/lot number corresponding to property located at 1120 Vermont Ave., NW, Washington DC and owned by 1120 Vermont Avenue Associates, LLP c/o Sylvan C. Herman, that property owner has no known association with "First American Home," the primary payee listed on Voucher 3701 and on the resulting refund check;

c)      The Refund Research Form does not include any justification (e.g., a court order or other formal document explaining the basis for the refund) for a real property tax refund of $410,000.00.  To the contrary, the Refund Research Form lists "tax due," "amount paid" and "overpayment" figures that do not correspond to supporting documentation.  The supporting documents include checks from four different entities, none of which has a known relationship to 1120 Vermont Avenue Associates LLP c/o Slyvan C. Herman or "First American Home":  (1) a check from GMAC Mortgage in the amount of $1,453,607.95; (2) a check from Prudential Asset Resources in the amount of $1,253,642.02; (3) a check from Trammel Crow Company in the amount of $543,390; and (4) a check from TC Midatlantic Inc. in the amount of $417,743;

d)      The memo line on the check from TC Midatlantic Inc. states "Sq.537, Lot 011," which does not correspond to the square/lot numbers on the Voucher or the Refund Research Form;

28

e)      The Trammel Crow and TC Midatlantic checks attached as purported support for Voucher 3701 are also attached as purported support for Voucher 2525, which lists as the payee "Franklin Towers, LLP c/o David Fuss, Esq., Hold for Pick-Up;"

f)      The Trammel Crow and TC Midatlantic checks attached as purported support for Voucher 3701 are also attached as purported support for Voucher 3296, which lists "1120 Vermont Street Associates, Ltd. c/o Chappahome LLC Hold for Pick-Up" as the payee;

g)      The Trammel Crow and TC Midatlantic checks attached as purported support for Voucher 3701 are also attached as purported support for Voucher 3842, which lists "Aurora R.E. Enterprises, Inc. c/o Jeff Nadel, Esq." as the payee;

h)      The GMAC check attached as purported support for Voucher 3701 is also attached as purported support for Voucher 2936, which lists "Thirtenth [SIC] Street Associates c/o Chappahome, Inc., Hold for Pick-Up" as the payee;

i)      The Refund Research Form lists information about the purported taxpayer that is different from the information on Voucher 3701 and check #6756040.  Specifically, although the voucher and check identify the taxpayer as "First American Home, c/o David Fuss, Esq.," the Research Refund Form refers to "1120 Vermont Associates, c/o Chappa Home David Fuss, Esq.."

60.     On or about June 18, 2007, Check No. 62756040, in the amount of $410,000.00, which was created in the District of Columbia on or about May 23, 2007, was deposited into SunTrust bank account number xxxx8316, an account under TURNBULL's control, at the Bowie Town Center Branch of Sun Trust Bank, 4100 Northview Drive, Bowie, Maryland 20716.  This deposit

posted to TURNBULL's account on or about June 19, 2007, and was made at the SunTrust Bank

Bowie Town Center Branch, located at 4100 Northview Drive, Bowie, Maryland, 20716.

61.    From June 25, 2007 to September 24, 2007, TURNBULL has made repeated efforts to

access the fraudulently obtained money that she deposited into SunTrust bank account number

xxxxx8316, by taking the following steps, among others:

    a)    On June 25, 2007, TURNBULL wrote a check from SunTrust Bank account

xxxx8316 in the amount of $200,000 and attempted to deposit it into Bank of America account

number xxxxxx22467 (owned by TURNBULL, d/b/a CHAPA INTERIORS).    The check

notation read "reimbursement";

    b)    On or about June 27, 2007, a SunTrust Bank employee spoke with David Fuss

(the "care of" addressee on check #6756040) and determined that Mr. Fuss is a real estate

attorney who is engaged, in part, in obtaining refunds of property tax overpayments for clients in

D.C.  Mr. Fuss stated that neither "First American Home" nor TURNBULL is one of his clients;

    c)    On July 9, 2007, a SunTrust Bank employee met personally with TURNBULL

and advised her that SunTrust Bank needed information about her business to verify her claim to

the funds from the property tax refund in Check No. 6756040.  TURNBULL was asked to

provide copies of business tax returns, a business license, and any bank references.  TURNBULL

accused the SunTrust Bank employee of illegality but nevertheless stated that the nature of her

business was making investments in real estate and vacation rental properties abroad;

    d)    On July 10, 2007, SunTrust Bank asked TURNBULL to provide documentation,

such as articles of incorporation, to prove that she was an authorized agent of "First American

Home."  The next day, July 11, 2007, at the Assessor's Office for the Government of Prince

George's County, Maryland, TURNBULL filed a trade name application for "First American Home," wherein TURNBULL listed herself as the owner of the business using the trade name "First American Home." The application described the business as a "project management service" with an address of xxxx xxxxxxxxxx xxxxx, Bowie, Maryland 20721, which is TURNBULL's home address. A separate form titled "Application for Identification Number" and signed by TURNBULL stated that the business was started in April 2007;

e)    On July 12, 2007, TURNBULL forwarded copies of the Trade Name Application and Application for Identification Number to SunTrust Bank. SunTrust Bank personnel observed that these documents were filed in Prince George's County Maryland, one day after SunTrust Bank requested them, and more than two weeks after the DC property tax refund Check No. 6756040 (the source of the funds in the SunTrust Bank account) was issued;

f)    TURNBULL made a number of conflicting statements when explaining the nature of the business of "First American Home" to SunTrust Bank. In addition to claiming she invested in real estate and vacation properties abroad, TURNBULL indicated that the business entity known as "First American Home" was moved from the District of Columbia to Maryland. TURNBULL also stated that Check No. 6756040 was proceeds of a "tax sale." When asked to elaborate, TURNBULL further described the check as proceeds of a "real estate sale";

g)    In furtherance of the scheme and in response to a request from SunTrust Bank to provide information about "First American Home" and the nature of its purported business with the DC Government, TURNBULL hand delivered a letter on September 17, 2007, to a SunTrust Bank branch in Laurel, Maryland. The letter was written on Government of the District of

31

Columbia letterhead, dated September 14, 2007, and was addressed to "First American Home, xxxx xxxxxxxxxx xxxxx, Bowie, Maryland 20721;"

      h)     The letter, which was signed by C.H., "Real property Tax Sale manger [sic]," states:

"Please be advised that the Real Property Tax Sale Unit at the request of Ms. Jayrece Turnbull, representative for First American Home, is providing confirmation of their participation at our annual real property tax sale.

"We acknowledge that Ms. Jayrece Turnbull, representative for First American Home, has been registered as a tax sale purchaser for several years with the Office of Tax and Revenue, Real Property Tax Administration. Ms. Turnbull is fully registered with the Office of Tax and Revenue as a representative of First American Home for business transactions related to the District of Columbia tax sale, inquiries, refunds and tax sale cancellations.

"If additional information is needed, Ms. Turnbull can contact Ms. S.J., Lead Tax Sale on 202-442-xxxx or Diane Gustus, Lead Program Specialist on 202-442-xxxx."

      i)     The letter was mailed in a D.C. Government envelope with a return address of "Government of the District of Columbia, Office of Tax and Revenue, 941 North Capitol Street N.E., Washington, DC 20002." The envelope had a postmark date September 14, 2007 and a post office cancellation stamp which indicated it was mailed from zip code 20002; it was addressed to TURNBULL d/b/a First American Home, 2206 Bermondsey Drive, Bowie, MD 20721;[6] and

      j)     On September 24, 2007, TURNBULL spoke further with a SunTrust Bank employee. The employee explained to TURNBULL what type of documents she needed to provide to remove the hold from her SunTrust Bank account. TURNBULL advised the

---

[6]     Based on this use of the mails, your Affiant has probable cause to believe TURNBULL has used the United States mail in furtherance of this scheme to defraud.

employee to put the request in writing and send it to her at her electronic mail (email) address:

esmeraldajayt@netscape.net.[7]

7.    **Refund Voucher 3787**

| Date of Check: | June 15, 2007 |
|---|---|
| Check No.: | **6770965** |
| Drawn From: | DC Government bank account number xxxxxxx2547 (Bank of America) |
| Amount: | $459,990.00 |
| Payable To: | AURORA RE ENTERPRISES, LLC<br>C/O WILKES ARTIS, ESQ<br>HOLD FOR PICK-UP<br>WASHINGTON DC 20001 |
| Voucher Prepared By: | GUSTUS (May 31, 2007) |
| Voucher Authorized By: | HARRIETTE WALTERS (May 31, 2007) |
| | |
| Deposit Date: | June 18, 2007 |
| Deposited Into: | SunTrust account xxxx1382 |
| Account Owner: | AURORA RE ENTERPRISES LLC (signatory authority – ALEXANDER) |
| Account Opened: | May 2007 |

62.    On May 31, 2007, HARRIETTE WALTERS authorized Voucher 3787, which called for

a refund of real property taxes to an entity identified as "Aurora Re Enterprises, LLC, c/o Wilkes

Artis, Esq."  GUSTUS is indicated as having prepared the Voucher on May 31, 2007.  GUSTUS

prepared the Refund Research Form for Voucher 3787, and HARRIETTE WALTERS verified

that form on May 31, 2007.  Based on HARRIETTE WALTERS's authorization, on June 15,

2007, the District of Columbia issued Check No. 6770965, payable to "Aurora Re Enterprises,

---

[7]    Based on this use of an electronic-mail address, your Affiant has probable cause to believe TURNBULL has used this e-mail address in furtherance of this scheme to defraud.

LLC, c/o Wilkes Artis, Esq.," in the amount of $459,990.00.  The check was designated "Hold for Pick-Up."

63.    Voucher 3787 and its underlying Refund Research Form are materially deficient in several respects that that, taken separately and in the aggregate, provide probable cause to believe that the Voucher was created as part of the conspirators' scheme to defraud.  For example:

a)    Voucher 3787 purports to authorize a refund of real property taxes paid for square/lot number 0063-0886.  However, available DC property records do not list a property with that square/lot number;

b)    The Refund Research Form lists a different square/lot number (0036-0858) than the square/lot number on Voucher 3787.  However, available DC property records do not list a property with that square/lot number;

c)    The Refund Research Form does not include any justification (e.g., a court order or other formal document explaining the basis for the refund) for a real property tax refund of $459,990.00.  To the contrary, the Refund Research Form lists "tax due," "amount paid" and "overpayment" figures that do not correspond to supporting documentation.  For example, the purported supporting documents include items from two different entities, neither of which has a known association with "Aurora Re Enterprises":  (1) a $49,615.04 check from Homecomings Financial, a Dallas, Texas corporation; and (2) a $308,396.91 check stub from Hyatt Corporation, as Agent of Hyatt Equities LLC, d/b/a Park Hyatt Washington.

64.    On June 18, 2007, Check No. 6770965, in the amount of $459,990.00, was deposited into SunTrust bank account number XXXX1382, an account under ALEXANDER's control.

8.    **Refund Voucher 3842**

| | |
|---|---|
| Date of Check: | August 9, 2007 |
| Check No.: | **6805521** |
| Drawn From: | DC Government bank account number xxxxxxxx2547 (Bank of America) |
| Amount: | $345,500.00 |
| Payable To: | AURORA R.E. ENTERPRISES, INC. c/o JEFF NADEL ESQ 8700 GEORGIA AVENUE SILVER SPRING, MD 20815 |
| Voucher Prepared By: | G.R. (July 24, 2007) |
| Voucher Authorized By: | HARRIETTE WALTERS  (July 24, 2007) |
| | |
| Deposit Date: | August 13, 2007 |
| Deposited Into: | SunTrust account xxxx1382 |
| Account Owner: | AURORA    RE    ENTERPRISES    LLC (signatory authority – Connie Alexander) |
| Account Opened: | May 2007 |

65.    On July 24, 2007, HARRIETTE WALTERS authorized Voucher 3842, which called for

a refund of real property taxes to an entity identified as "Aurora R.E. Enterprises, Inc. cc/o (sic)

Jeff Nadel, Esq."  G.R. is indicated as having prepared the Voucher.  HARRIETTE WALTERS

verified the Refund Research Form for Voucher 3842 on June 24, 2007.  Based on HARRIETTE

WALTERS's authorization, on August 9, 2007, the District of Columbia issued Check No.

6805521, payable to "Aurora R.E. Enterprises, Inc., c/o Jeff Nadel, Esq.," in the amount of

$345,500.00.  The check was addressed to be mailed to 8700 Georgia Ave., Silver Spring, MD

20815, but the Voucher used a specific code to indicate that the check was to be held for pick-up.

66.     Voucher 3842 and its underlying Refund Research Form are materially deficient in several respects that, taken separately and in the aggregate, provide probable cause to believe that the Voucher was created as part of the conspirators' scheme to defraud.  For example:

a)      Voucher 3842 purports to authorize a refund of real property taxes paid for square/lot number 0227-0041.   However, available DC property records do not list a property with that square/lot number;

b)      The Refund Research Form lists a different square/lot number (0027-0075) than the square/lot number on Voucher 3842.   However, available DC property records do not list a property with that square/lot number;

c)      The Refund Research Form does not include any justification (e.g., a court order or other formal document explaining the basis for the refund) for a real property tax refund of $459,990.00.  To the contrary, the Refund Research Form lists "tax due," "amount paid" and "overpayment" figures that do not correspond to supporting documentation;

d)      The supporting documentation for Voucher 3842 includes the same TD Midatlantic and Trammel Crow checks that were used to support Vouchers 2525, 3071, and 3296;

e)      The supporting documentation for Voucher 3842 also includes the same GMAC Mortgage check that was used to support Vouchers 2936 and 3701.

67.     On August 13, 2007, Check No. 6805521, in the amount of $345,500.00, was deposited into SunTrust bank account number xxxx1382, an account under ALEXANDER's control.

**D.**  **Additional Fraudulent Refund Vouchers and DC Employee Coordination**

68.     On June 30, 2006, HARRIETTE WALTERS approved a voucher, Voucher 3194, that is indicated as having been prepared by G.R.  There is probable cause to believe that this voucher is part of the same fraudulent scheme.  The Voucher purports to be providing a property tax refund for square/lot number 3849-0802, whereas the Refund Research Form purports to be calculating the refund for square/lot number 3894-0820.  As with the other Vouchers described above, the supporting documentation does not match the calculations on the Refund Research Form.  The documentation includes three copies of the same two checks from 1201 F Street LLC III c/o Carr Realty L.P.  Neither 1201 F Street LLC nor Carr Realty has a known association with Bellarmine Home, LLC.

69.     On June 30, 2006, HARRIETTE WALTERS drafted a memorandum to an employee in Financial Management Services, the organizational component responsible for cutting checks, that states:  "Attached, please find the refund voucher [3194] prepared for a refund (Square 0384 Suffix Lot 0804) (sic) [.]  Please process this voucher, as an ***expedited payment*** to be printed no later than July 13, 2006.  Upon completion, would you kindly hold this check for pick-up and contact [G.R.] 202-442-xxxx."

70.     On August 24, 2006, HARRIETTE WALTERS approved Voucher 3296, which is indicated as having been prepared by GUSTUS.  There is probable cause to believe that this Voucher is part of the same fraudulent scheme.  The Refund Research Form indicates that it was prepared by GUSTUS and that it was verified by HARRIETTE WALTERS on August 24, 2006.  The square/lot number for Voucher 3296 is 0412-0109, whereas the square/lot number on the Refund Research Form is 214/109.  The supporting documentation for Voucher 3296 contains

37

the same TC Midatlantic and Trammel Crow checks used to support the other vouchers, as discussed in greater detail above.

71.     On August 24, 2006, HARRIETTE WALTERS drafted a memorandum to an employee in Financial Management Services that states:  "Attached, please find the refund voucher prepared for a return (Square 0412 Suffix Lot 0109)[.]  Please process this voucher, as an *__expedited payment__* to be printed no later than August 29, 2006[.]  Upon completion, would you kindly hold this check for pick-up and contact Diane Gustus 202-442-xxxx."

72.     Also on August 24, 2006, HARRIETTE WALTERS approved Voucher 3297, which is indicated as having been prepared by GUSTUS. The Refund Research Form is indicated as having been prepared by GUSTUS and it was verified by HARRIETTE WALTERS on August 24, 2006.  There is probable cause to believe that this Voucher is part of the same fraudulent scheme.  The square/lot number on the Voucher is 0611/0073, whereas the number on the Refund Research Form is 116/73.  The payee on the Voucher is 1919 M Street Associates, LLC c/o Provident Home, and the Voucher generated a tax refund check of $375,815.00.  The figures and calculations on the Refund Research Form do not correspond to the supporting documents. Moreover, the supporting documents have no known association with 1919 M Street Associates LLC or Provident Home.  Thus, one of the supporting documents is a copy of a check stub from Farragut Center; the address of that entity is 1725 Eye Street NW, not 1919 M Street.  The other supporting document is a copy of a check from the Teamsters National Headquarters Building Corporation.  The national headquarters of that union is located at 25 Louisiana Avenue, NW, not 1919 M Street.

73.     On August 24, 2006, HARRIETTE WALTERS drafted a memorandum to an employee in Financial Management Services that states:  "Attached, please find the refund voucher prepared for a refund (Square 0611 Suffix Lot 0073)[.]  Please process this voucher, as an ***expedited payment*** to be printed no later than August 29, 2006[.]  Upon completion, would you kindly hold this check for pick-up and contact Diane Gustus 202-442-xxxx."

74.     The District of Columbia employees involved in this scheme have 7:00 a.m. start times at work.

### E.     Bank of America Employee Involvement

75.     In November and December 2006, WALTER R. JONES, an Assistant Branch Manager for Bank of America at East Point Mall branch located at 7703 Eastpoint Mall, Baltimore, MD 21224, made deposits totaling $91,000 into two Bank of America accounts he owns, account numbers xxx7901 and xxxxxx8788.  Approximately $60,000 of these deposits was in cash. JONES failed to report any of this income on his 2006 tax return, which indicated only $7,274 in taxable income and a tax due and owing of $728.

76.     In or about February 2007, Bank of America security personnel learned that WALTER R. JONES, an Assistant Branch Manager for Bank of America at the East Point Mall branch, was making a large number of high-dollar withdrawal transactions from TURNBULL's Bank of America accounts when TURNBULL was not present.  In the course of its investigation of this issue, Bank of America discovered the following:

a)     JONES conducted transactions in several Bank of America Accounts owned and/or controlled by TURNBULL, including: (1) account number xxxxxxxx7785 (owned by JAYRECE TURNBULL d/b/a CHAPA INTERIORS); (2) account numbers xxxxxxxx2467 and

39

xxxxxxxx1359 (owned by JAYRECE E. TURNBULL d/b/a CHAPA INTERIORS); (3) account

number xxxxxxxx2655 (owned by JAYRECE E. TURNBULL); and (4) account number

xxxxxxxx8610 (owned by JAYRECE E. TURNBULL and another individual).

b)    On or about January 25, 2007, JONES caused the following cashier's checks to be

issued on behalf of TURNBULL:

| Check No. | Recipient | Amount |
|-----------|-----------|--------|
| 1377274 | HARRIETTE M. WALTERS | $10,000 |
| 1381817 | RICARDO WALTERS | $10,000 |
| 1377273 | J.T., a/k/a J.I. | $10,000 |
| 1377272 | CONNIE ALEXANDER | $10,000 |
| 1377271 | RICARDO WALTERS | $10,000 |

c)    In or about November and December 2006, JONES deposited approximately

$91,000 into two Bank of America accounts he controlled, account numbers xxx7901 and

xxxxxx8788. Bank of America investigators found these deposits to be highly irregular because

the amount exceeded substantially JONES's income as an assistant branch manager.

77.    Bank of America security personnel interviewed JONES on February 2, 2007. JONES

said that TURNBULL conducted her financial transactions at Bank of America exclusively with

JONES. Whenever JONES transferred from one Bank of America location to another,

TURNBULL followed him to the new location to maintain their ongoing financial relationship.

40

78.    JONES said TURNBULL authorized him (contrary to Bank of America policy) to carry out Bank of America withdrawal transactions on her behalf.  Accordingly, JONES withdrew money from TURNBULL's accounts without obtaining TURNBULL's signature on the withdrawal paperwork (instead, JONES wrote "per customer request" on the signature line).  After obtaining the funds, JONES would wait for one of TURNBULL's designees to pick up the funds, or he would deliver the funds personally to TURNBULL.

79.    JONES told Bank of America security personnel that TURNBULL gave him $145,000.00 to assist him in paying off some debts.  He also provided a signed, written statement, dated February 2, 2007, that reads as follows: " All transactions I, Walter Jones, have done for Ms. Jayrece Turnbull, was (sic) authorized by the customer.  I have done w/d [withdrawal] and other transactions without the customer being present in the office.  She have (sic) given me monies ($145,000 in three months) as gifts."

80.    Shortly after their interview of JONES, Bank of America security personnel spoke with TURNBULL.  TURNBULL stated that she authorized JONES to conduct the transactions in question.  TURNBULL also stated that she gave JONES money, and maintained that Bank of America did not need to know why she had done so.

81.    Bank of America terminated JONES on February 2, 2007 for violating Bank of America's employee standards of conduct.

F. **Additional Evidence Relating to Distribution of Embezzled Funds**

82. On or about July 4, 2006, GUSTUS purchased a 2006 GMC Envoy for $40,456.00 from Winegardner Pontiac GMC of Prince Frederick, in Prince Frederick, Maryland. To pay for the truck, GUSTUS obtained through GMAC a loan in the amount of $34,935.12, which called for 72 payments of $485.21 commencing on August 4, 2006. Even though she listed her annual salary on the loan application as $50,761, GUSTUS paid off the entire nearly $35,000 loan by July 20, 2007. Payment records reveal that GUSTUS made large payments on this loan through cashier's checks on the following dates and in the following amounts:

| Date | Amount |
|------|--------|
| August 6, 2006 | $935.12 |
| August 14, 2006 | $4,000 |
| September 21, 2006 | $5,000 |
| October 12, 2006 | $5,000 |
| October 30, 2006 | $5,000 |
| December 8, 2006 | $5,000 |
| March 16, 2007 | $2,000 |
| April 24, 2007 | $2,000 |
| May 23, 2007 | $3,000 |
| June 22, 2007 | $1,000 |
| July 20, 2007 | $2,000 |

83.     GUSTUS purchased the cashier's checks she used to make those payments and erase

nearly $35,000 in debt within one year by using proceeds of her scheme with HARRIETTE

WALTERS and the other co-conspirators, through the following series of financial steps:  (1)

HARRIETTE WALTERS withdrew funds from TURNBULL's Chapa Home Services Account

No. xxxxxxx2467; (2) HARRIETTE WALTERS used those funds to purchase cashier's checks

payable to GUSTUS; (3) GUSTUS held onto the cashier's checks from HARRIETTE

WALTERS for a period of time; (4) even though GUSTUS receives her salary through direct

deposit into an account at PNC Bank, GUSTUS would cash the cashier's checks she received

from HARRIETTE WALTERS at a Bank of America branch; and (5) GUSTUS would take

some of the proceeds from the cashier's checks in cash, and she would use the remaining funds

to purchase new cashier's checks for payments on her GMAC loan and for other bills.

84.     As reflected on Exhibit C, during the period of time when GUSTUS made those 11 loan

payments, her name is indicated as having prepared ten vouchers approved by HARRIETTE

WALTERS:  Vouchers 3296, 3297, 3362, 3363, 3395, 3396, 3538, 3701, 3787, 3788.

85.     Based on my training and experience, the training and experience of other investigators

working on this case, and on the facts described above, I know that it is common for individuals

involved in financial crime to maintain financial documents and records relating to their personal

and business affairs.  These documents will show the acquisition, conversion, movement,

secretion, transfer, and distribution of currency, real property, and personal property.  It is also

common for such persons to maintain financial instruments that are the proceeds of, or

facilitating property of, the illegal activity.  These documents, records, and financial instruments

are often retained for long periods of time in secure and accessible locations, including in

residences; businesses; vehicles; work spaces, desks, and file cabinets; office and home

computers and personal communication devices; safe deposit boxes; banks; and storage facilities.

86.    Based on my training and experience, and the training and experience of other agents, I

also know that conspirators in a financial scheme often keep separate sets of books to record the

transfer of funds into and out of the conspiracy and to keep track of how the proceeds are

distributed among and between the conspirators.

87.    Based on the number of fraudulent documents created, the number of purported

supporting documents used to justify large property tax refunds, and the number of supporting

documents that were used to justify more than one property tax refund for different properties,

there is probable cause to believe that there would be evidence of, the fruits, of, or

instrumentalities of the crimes being investigated in this case in the homes, vehicles, and office

spaces of the individuals named above.

88.    Given that the Vouchers used in the scheme were created on computers, there is probable

cause to believe that there will be records or data on personal, business, and office computers

that constitute evidence of, fruits of, or instrumentalities of criminal violations.

89.    The records and documents created and retained by individuals involved in financial

crime also often include correspondence with co-conspirators; U.S. Postal Service and/or next

day carrier services documents and receipts; investor records; contracts; Rolodex files;

photographs; appointment books; notes; airline and other travel tickets and receipts; bank

accounts records; and financial instruments.

90.    Individuals involved in financial crime create such documents, records, and information

by various means, including, but not limited to, computers, printers, telex machines, facsimile

machines, and telephones, telephone answering machines, cellular phones, and cameras.  These individuals also maintain such documents, records, and information in various forms, including but not limited to, electrical, magnetic, photographic, and tangible.

91.     In light of the evidence of over one million dollars worth of purchases at high end retail stores such as Neiman Marcus, facilitated at least in part by funds obtained through the scheme to defraud, there is probable cause to believe that there will be jewelry, furs, designer apparel, stemware and housewares, as well as records relating to such purchases, that constitute evidence of, fruits of, or instrumentalities of criminal violations.

## VI.    CONCLUSION

92.     Based on the facts set forth above, your Affiant submits respectfully that there is probable cause to believe that there is presently contained within the properties set forth in Exhibit A of this Affidavit, files, correspondence, memoranda, computers, computer disks, bank and other financial records, and other materials that constitute evidence of, the fruits of, or instrumentalities of criminal violations of Title 18, United States Code (U.S.C.), Section 1341 (Mail Fraud), Section 1349 (Conspiracy to Commit Mail Fraud), Section 1344 (Bank Fraud), Section 371 (Conspiracy), Sections 1956 and 1957 (Money Laundering and Conspiracy to Commit Money Laundering), and Section 2314 (Interstate Transport of Stolen Property).  Your Affiant respectfully requests that search warrants be issued for the premises referenced in Exhibit A of this Affidavit, as prayed.

93.     Based on the facts set forth above, your Affiant submits respectfully that there is probable cause to believe that the individuals as set forth in Exhibit B of this Affidavit have violated the federal criminal laws, including but not limited to, Title 18, United States Code (U.S.C.), Section

45

1341 (Mail Fraud), Section 1349 (Conspiracy to Commit Mail Fraud), Section 1344 (Bank Fraud), Section 371 (Conspiracy), Sections 1956 and 1957 (Money Laundering and Conspiracy to Commit Money Laundering), and Section 2314 (Interstate Transport of Stolen Property). Your Affiant respectfully requests that arrest warrants be issued for the individuals referenced in Exhibit B of this Affidavit, as prayed.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Andrew Sekela
Special Agent
Federal Bureau of Investigation

Sworn and subscribed to this _____ day of November 2007.

_____
United States Magistrate Judge
District of Columbia

46

## EXHIBIT A

1.    The PREMISES at 6880 Oregon Avenue NW, Washington, DC 20015, known to be the residence of **HARRIETTE MONICA WALTERS**.

2.    The PREMISES at the District of Columbia Office of Tax and Revenue ("OTR"), located at 941 North Capitol Street NE, Washington, DC, 20002; specifically, the computers, office areas, desks, and file storage areas of the following OTR employees: **Harriette Walters**, **Connice Hogue**, **Sheila Jones**, **Diane Gustus**, **Kim Fleet**, **Geraldine Robinson** and **Cherita Weems**.

> The unit housing the offices of Harriette Walters, Connice Hogue, Sheila Jones, Diane Gustus, Geraldine Robinson and Cherita Weems is located on the 4th Floor. Upon taking the east side elevators in the building to the 4th floor, the unit can be reached by turning to the right, walking 20 yards, turning left, and walking 5 yards to the unit entrance. Connice Hogue and Harriette Walters have private offices within that unit, while Sheila Jones, Diane Gustus, Geraldine Robinson and Cherita Weems have cubicles within the unit. The unit housing the office of Kim Fleet is located on the 1st floor. Building personnel will be available during the search to identify the work spaces assigned to each employee listed above.

# **EXHIBIT B**

1     **HARRIETTE WALTERS**

2.     **DIANE GUSTUS**

**EXHIBIT C**

| Date Check Issued | Date Check Cashed | D.C. Voucher No. | BOA Check No. | Amount | Payee | Payee Account | Voucher Prepared By | Voucher Authorized By |
|---|---|---|---|---|---|---|---|---|
| 11/4/2004 | 11/5/2004 | 1889 | 6159697 | $333,981.65 | Trammel Crow Corp C/O Legnahomw [sic] Wervices [sic] hold for pick-up Washington DC 20001 | BOA XXXXX3993 Jayrece E Turnbull d/b/a Legna Home Services | Diane Gustus | Harriette Walters |
| 11/26/2004 | 12/1/2004 | 1981 | 6177668 | $346,700.00 | Bilkemor LLC Real Estate, Inc. C/O David Fuss, Esq Hold for pick-up Washington,DC 20001 | BOA XXXXX3993 Jayrece E Turnbull d/b/a Legna Home Services | Diane Gustus | Harriette Walters |
| 12/17/2004 | 12/20/2004 | 2088 | 6189970 | $367,025.00 | CSC Penn, LLC C/O David Fuss, Esq. hold for pick-up | BOA XXXXX3993 Jayrece E Turnbull d/b/a Legna Home Services | Diane Gustus | Harriette Walters |
| 12/17/2004 | 12/23/2004 | 2089 | 6189969 | $319,339.89 | Paost Mass Ave, LLC C/O David Fuss, Esq Hold for pick-up | BOA XXXXX3993 Jayrece E Turnbull d/b/a Legna Home Services | Diane Gustus | Harriette Walters |
| 1/3/2005 | 1/5/2005 | 2124 | 6200532 | $340,900.00 | K Street Group, LLC C/O David Fuss, Esq Hold for pick-up | BOA XXXXX3993 Jayrece E Turnbull d/b/a Legna Home Services | Diane Gustus | Harriette Walters |
| 12/29/2004 | 12/30/2004 | 2125 | 6199183 | $369,580.16 | Penn Ave Properties Group, LLC C/O Legnahome Services Inc Hold for pick-up | BOA XXXXX3993 Jayrece E Turnbull d/b/a Legna Home Services | Diane Gustus | Harriette Walters |

EXHIBIT C

| Date Check Issued | Date Check Cashed | D.C. Voucher No. | BOA Check No. | Amount | Payee | Payee Account | Voucher Prepared By | Voucher Authorized By |
|---|---|---|---|---|---|---|---|---|
| 1/20/2005 | 1/21/2005 | 2157 | 6209376 | $338,772.62 | Summit Properties C/O Chapahome LLC Hold for pick-up Washington DC 20001 | BOA XXXXX7785 Jayrece Turnbull d/b/a Chapa Interiors | S.G. | Harriette Walters |
| 2/3/2005 | 2/16/2005 | 2233 | 6219483 | $397,007.00 | 111 13th Street LLC C/O Chappahome Services Inc. Hold for pickup Washington DC 20001 | BOA XXXXX7785 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |
| 3/11/2005 | 3/13/2005 | 2337 | 6243600 | $350,000.00 | 1301 Limited Partnership C/O Chappahome Services, Inc. Hold for pick-up Washington DC 20001 | BOA XXXXX3993 Jayrece Turnbull d/b/a Legna Home Services | Diane Gustus | Harriette Walters |
| 3/30/2005 | 4/22/2005 | 2358 | 6258376 | $379,000.00 | JAD Associates, Inc. C/O Chappahome Servicing Hold for pick-up Washington DC 20001 | BOA XXXXX7785 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |
| 5/4/2005 | 5/23/2005 | 2431 | 6282221 | $329,913.31 | BGW, LLP C/O Wilkes & Artis LLC Hold for pick-up Washington DC 20001 | BOA XXXXX3993 Jayrece Turnbull d/b/a Legna Home Services | Diane Gustus | Harriette Walters |
| 5/26/2005 | 6/17/2005 | 2525 | 6299390 | $356,900.00 | Franklin Towers LLP C/O David Fuss Esq Hold for pick-up Washington DC 20001 | BOA XXXXX3993 Jayrece Turnbull d/b/a Legna Home Services | Diane Gustus | Harriette Walters |

EXHIBIT C

| Date Check Issued | Date Check Cashed | D.C. Voucher No. | BOA Check No. | Amount | Payee | Payee Account | Voucher Prepared by | Voucher Authorized By |
|---|---|---|---|---|---|---|---|---|
| 5/26/2005 | 6/1/2005 | 2526 | 6299389 | $340,000.00 | Lasalle Partnership LLP C/O Wilkes Artis Hold for pick-up Washington DC 20001 | BOA XXXXX3993 Jayrece Turnbull d/b/a Legna Home Services | Diane Gustus | Harriette Walters |
| 7/6/2005 | 7/7/2005 | 2587 | 6325292 | $410,900.00 | Car Frtz [sic] Company C/O David Fuss, Esq Hold for pick-up Washington DC 20001 | BOA XXXXX7785 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |
| 8/16/2005 | 8/19/2005 | 2654 | 6351562 | $344,625.59 | Breblackthorne Realty C/O David Fuss, Esq Hold for pick-up Washington DC 20001 | BOA XXXXX3993 Jayrece Turnbull d/b/a Legna Home Services | Diane Gustus | Harriette Walters |
| 10/19/2005 | 10/25/2005 | 2822 | 6394635 | $329,913.31 | BGEE LLP/**Chappa Home** C/O Wilkes Artis Hold for pick-up Washington DC 20001 | BOA XXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |
| 10/19/2005 | 11/7/2005 | 2823 | 6394634 | $373,005.00 | FUND III GMBHAND CO KE LLP C/O Dvid Fuss, Esq Hold for pickup | BOA XXXXX7785 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Walters |
| 11/15/2005 | 11/30/2005 | 2872 | 6415377 | $422,890.00 | Property Development Corp C/O David Fuss, Esq Hold for pick-up Washington DC 20001 | BOA XXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |
| 12/20/2005 | 12/22/2005 | 2908 | 6434068 | $348,000.49 | Collier International LLC C/O David Fuss, Esq Hold for pick-up Washington DC 20001 | BOA XXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |

EXHIBIT C

| Date Check Issued | Date Check Cashed | D.C. Voucher No. | BOA Check No. | Amount | Payee | Payee Account | Voucher Prepared by | Voucher Authorized By |
|---|---|---|---|---|---|---|---|---|
| 1/13/2006 | 1/30/2006 | 2936 | 6446678 | $380,000.00 | Thirteenth Street Associates **C/O Chappahome**, Inc. Hold for pick-up Washington DC 20001 | BOA XXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |
| 2/10/2006 | 2/17/2006 | 2971 | 6463505 | $346,800.00 | BBLAKE Company LLC **Chappahome Inc** Hold for pick-up Washington DC 20001 | BOA XXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |
| 2/22/2006 | 2/24/2006 | 2973 | 6468798 | $325,000.00 | Srann Company C/O David Fuss Esq Hold for pick-up Washington DC 20001 | BOA XXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |
| 3/10/2006 | 3/24/2006 | 3025 | 6480869 | $356,900.00 | 1425 F Street, LLC **Chappahome** C/O David Fuss, Esq Hold for pick-up Washington DC 20001 | BOA XXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |
| 4/13/2006 | 4/14/2006 | 3071 | 6502673 | $385,700.00 | Stoladi Property Group **C/O Chappa Home Inc.** Washington DC 20001 United States | BOA XXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | G.R. | Harriette Walters |
| 5/16/2006 | 5/19/2006 | 3118 | 6521637 | $387,900.00 | MRL Post, LLC **C/O Chappahome Limited** Hold for pick-up Washington DC 20001 | BOA XXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | G.R. | Harriette Walters |
| 6/16/2006 | 6/21/2006 | 3143 | 6540925 | $456,990.00 | 12th Street Properties C/O Bellarmin Design Group Hold for pick-up Washington DC 20001 | BOA XXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |

EXHIBIT C

| Date Check Issued | Date Check Cashed | D.C. Voucher No. | BOA Check No. | Amount | Payee | Payee Account | Voucher Prepared By | Voucher Authorized By |
|---|---|---|---|---|---|---|---|---|
| 8/28/2006 | 9/1/2006 | 3296 | 6588806 | $410,000.00 | 1120 Vermont St., Assoc, LLC **C/O Chappahome LLC** Hold for pick-up Washington DC 20001 | BOA XXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |
| 8/28/2006 | 9/1/2006 | 3297 | 6588507 | $375,815.00 | 1919 M Street Assoc, LLC C/O Provident Home Hold for pick-up Washington DC 20001 | BOA XXXXX0064 Ricardo Walters d/b/a Provident Home Services | Diane Gustus | Harriette Walters |
| 9/27/2006 | 9/29/2006 | 3362 | 6608809 | $375,800.00 | Lincon (sic) Square LLC C/O Provident Home Ltd Hold for pick-up Washington DC 20001 | BOA XXXXX0064 Ricardo Walters d/b/a Provident Home Services | Diane Gustus | Harriette Walters |
| 9/27/2006 | 9/29/2006 | 3363 | 6608808 | $458,670.00 | Lincon (sic) Square LLC **Chappahome Design Ltd** Hold for pick-up | BOA XXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |
| 10/19/2006 | 12/7/2006 | 3395 | 6622187 | $375,800.00 | Commerce Building Assoc C/O Bellarmine Corporation Hold for Pick-up Washington DC 20001 | BOA XXXXX0064 Ricardo Walters d/b/a Provident Home Services | Diane Gustus | Harriette Walters |
| 10/19/2006 | 10/23/2006 | 3396 | 6622186 | $460,000.00 | 1118 Lo Assoc C/O Helmet Corporation Hold for pick-up Washington DC 20001 | BOA XXXXX1389 Richard Walters d/b/a Helmet's Plumbing & Heating | Diane Gustus | Harriette Walters |
| 1/26/2007 | 2/6/2007 | 3514 | 6685161 | $450,683.90 | Second Street Funding C/O Providenthome, Inc. Hold for pick-up Washington DC 20001 | BOA XXXXX0064 Ricardo Walters d/b/a Provident Home Services | G.R. | Harriette Walters |

**EXHIBIT C**

| Date Check Issued | Date Check Cashed | D.C. Voucher No. | BOA Check No. | Amount | Payee | Payee Account | Voucher Prepared By | Voucher Authorized By |
|---|---|---|---|---|---|---|---|---|
| 2/13/2007 | 2/20/2007 | 3515 | 6694229 | $490,560.54 | HHEMLET [sic] Company,, Inc C/O David Fuss, Esq Hold for pick-up Washington DC 20001 | BOA XXXXX1389 Richard Walters d/b/a Helmet's Plumbing & Heating | G.R. | Harriette Walters |
| 4/5/2007 | 4/10/2007 | 3538 | 6727030 | $465,000.00 | Chappahome, Inc, LLC C/O Jeff Nadel Esq Hold for pick-up Washington DC 20001 | BOA XXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | Diane Gustus | Harriette Walters |
| 4/26/2007 | 5/9/2007 | 3700 | 6741803 | $468,000.00 | Provident Home Inc C/O 1440 K Street, LLC Hold for pick-up Washington DC 20001 | BOA XXXXX0064 Ricardo Walters d/b/a Provident Home Services | G.R. | Harriette Walters |
| 5/23/2007 | 6/19/2007 | 3701 | 6756040 | $410,000.00 | First American Home C/O David Fuss Esq Hold for pick-up Washington DC 20001 | SunTrust XXXX8316 | Diane Gustus | Harriette Walters |
| 4/26/2007 | 5/4/2007 | 3715 | 6741804 | $398,680.00 | Chappahome Inc. C/O Wilkes Artis, LLC Hold for pick-up Qashington [sic] DC 20001 | BOA XXXXX2467 Jayrece Turnbull d/b/a Chapa Interiors | C.W. | Harriette Walters |
| 5/23/2007 | 6/5/2007 | 3755 | 6756039 | $541,100.74 | Helmet Inc, COP [sic] C/O David Fuss Esq Hold for pick-up Washington DC 20001 | BOA XXXXX1389 Richard Walters d/b/a Helmet's Plumbing & Heating | C.W. | Harriette Walters |
| 6/15/2007 | 6/18/2007 | 3787 | 6770965 | $459,990.00 | Aurora Re Enterprises, LLC C/O Wilkes Artis, Esq [sic] Hold for pick-up Washington DC 20001 | SunTrust XXXX1382 Connie Alexander Aurora Re Enterprises LLC | Diane Gustus | Harriette Walters |

EXHIBIT C

| Date Check Issued | Date Check Cashed | D.C. Voucher No. | BOA Check No. | Amount | Payee | Payee Account | Voucher Prepared By | Voucher Authorized By |
|---|---|---|---|---|---|---|---|---|
| 6/15/2007 | 6/18/2007 | 3788 | 6770966 | $399,498.00 | Provident Home, LLC C/O Jeff Nadel, Esq Hold for pick-up Washington DC 20001 | BOA XXXXXX0064 Ricardo Walters d/b/a Provident Home Services | Diane Gustus | Harriette Walters |
| 8/9/2007 | 8/13/2007 | 3842 | 6805521 | $345,500.00 | Aurora R.E. Enterprises, Inc. C/O Jeff Nadel Esq 8700 Georgia Avenue Silver Spring MD 20815 | SunTrust XXXX1382 Connie Alexander Aurora Re Enterprises LLC | G.R. | Harriette Walters |
| | | | Total Dollar Amount of Property Tax Refund | $16,322,842.20 | | | | |
| | | | Average Dollar Amount of Property Tax Refund Check | $388,639.10 | | | | |

## <u>AFFIDAVIT OF SPECIAL AGENT DEBRA L. LaPREVOTTE</u>

DEBRA L. LaPREVOTTE, being duly sworn, deposes and states as follows:

## <u>INTRODUCTION</u>

1.      I am a Special Agent employed by the Federal Bureau of Investigation (FBI).  I have been so employed for twelve (12) years.  Currently, I am assigned to the Asset Forfeiture/ Money Laundering Squad in the FBI's Washington, DC, Field Division (Northern Virginia Resident Agency).  My investigative assignments include investigating the asset forfeiture aspects of suspected violations of the federal anti-money laundering statutes (18 U.S.C. §§ 1956 and 1957), as well mail fraud (18 U.S.C. § 1341), wire fraud (18 U.S.C. § 1343), bank fraud (18 U.S.C. § 1344), and health care fraud (18 U.S.C. § 1347) violations.  I have received extensive training in Advanced Money Laundering Techniques and Complex Financial Manipulation.

2.      I am currently assisting SA Andrew Sekela, FBI, Washington Field Office and SA Matt Walsh, FBI Baltimore Field Office..  SA Sekela is assigned to investigate public corruption matters and SAWalsh is a assigned to investigate money laundering matters.

3.      The information contained in this affidavit is based on my personal knowledge and observations accumulated during the course of this investigation; on information conveyed to me by other law enforcement personnel; and on my review of documents and interview reports. The affidavit is submitted for the limited purpose of establishing probable cause in support of this application for seizure warrants, and thus, it does not contain every fact known by me or the United States.

4.      This affidavit (with the **attached Affidavit of FBI Special Agent Andrew Sekela, incorporated herein**), is submitted in support of seizure warrants for the items listed

below:

        a)  All fund in PNC Bank (PNC Financial Services Group, Inc.) account number xxxxxx1398, in the name of Harriette Walters;

        b)  All fund in Bank of America N.A. account number xxxxxxxxx5677, in the name of Harriette Monica Walters;

        c)  2006 GMC Envoy, Maryland license 708M912, VIN: 1GKET66M866159398, registered in the name of Diane Gustus;

        d)  2006 Mercedes Benz CLK55 convertible, DC license CU7894, VIN:  WDBTK76G96T058943, registered to Harriette Walters;

        e)  2005 Chrysler Crossfire, Maryland license 5DEB70, VIN: 1C3AN79N75X057473, registered to Ricardo Ruiz Walters;

        f)  2005 Mercedes Benz ML350, Maryland license 394M163, VIN: 4JGAB57EX5A533516, registered to Jayrece Turnbull;

        g)  2005 Bentley, Maryland license HELMET, VIN: SCBCR63W15C028601, registered to Richard Jude Walters;

        h)  2006 Infiniti M45 ,Maryland license 09667CA, VIN: JNKBY01E86M206372, registered to Walter Jones;

        i)  2006 Infiniti QX56, Maryland license 09668CA, VIN: 5N3AA08CX6N801016, registered to Walter Jones; and

        j)  2004 GMC Yukon, Maryland license 366M624, VIN: 1GKEK13T64J222462, registered to Sean Gustus.

There is probable cause to believe that these accounts were funded with the proceeds of fraud against the government in violation of, *inter alia*, Title 18, United States Code (U.S.C.), Section 201 (Bribery), Section 1346 (Honest Services Fraud), Section 1341 (Mail Fraud), Section 1343 (Wire Fraud), Section 1349 (Conspiracy to Commit Mail Fraud and Wire Fraud), Section 1344 (Bank Fraud), Section 371 (Conspiracy), and Sections 1956 and 1957 (Money Laundering and Conspiracy to Commit Money Laundering).

5.       Harriette Monica Walters, Diane S. Gustus, Kim Fleet, and Cherita Weems are employees at the Office of Tax and Revenue (OTR), which is part of the District of Columbia (DC) Office of the Chief Financial Officer (OCFO).  Walters' title is Manager, Real Property Tax Administration Adjustment Unit at OTR.  Gustus works in the Real Property Tax Administration Adjustment Unit, and reports to Walters.  Fleet is a Program Specialist in Computer Systems Customer Service Administration and Weems works in taxpayer information.

6.       As stated in detail in the **attached Affidavit of FBI Special Agent Andrew Sekela, incorporated herein**, there is probable cause to believe that Harriette Walters, Diane Gustus, Kim Fleet, Cherita Weems, Jayrece Turnbull, Richard Ruiz Walters, Richard Walters, Walter Jones and others known and unknown, have conspired together to engage in a scheme to defraud the government of the District of Columbia of more than $16,000,000.  A review of checks deposited into accounts associated with co-conspirator Jayrece Turnbull, accounts belonging to Helmut's Plumbing and Heating, and Provident Home Services (Ricardo Walters) reveal DC government checks totaling the more than $16,000,000 being deposited into these accounts and, once deposited, the money is divided up between the subjects or checks are obtained from these funds and are paid to vendors for items purchased with the proceeds of the fraud scheme.

7.       For example, a review of account number xxxxxxx3993, in the name of Jayrece Turnbull, dba, Legna Home Services revealed one deposit in May of 2005.  The check, number 6282221, dated 5/4/2005, was written in the amount of $329,913.31.  The check was a DC government tax refund check and the payee was listed as BGW C/O Wilkes & Artis LLC. From these funds eight (8) checks were written; three of the checks, $40,000, $50,000 and

$110,000 (totaling $200,000) were made payable to Harriette M. Walters.  Two of the eight checks were made payable to Ricardo Walters in the amount of $10,000 and $1,200.  One more check was made payable to cash in the amount of $5,000, and the remaining check was made payable to Adore Jewelry in the amount of $18,690.  From the remaining funds in this account, there were two cash withdrawals in the amounts of $35,000 and $107,500.  These funds were used to purchase four cashiers checks which were made payable to Kim Fleet in the amount of $10,000, Nichole Walters in the amount of $10,000, Diane Gustus in the amount of $10,000 and Harriette Walters in the amount of $5,000.  From the second withdrawal of $107,500, $5,000 was withdrawn in cash, and several checks were written in the following amounts:  $10,000 to Ainna Ojo, $8,000 to Cherita Meeks, $4,500 to Helen Walters, and $80,000 to Nieman Marcus.

8.      A review of business checking account number 001924497785 in the name of Chapa Interiors and one large deposit in March of 2005.  This one deposit consisted of a DC government check, number 6258376, dated 3/30/2005, payable in the amount of $379,000, payable to JAD Associates, Inc., C/O Chappa Home Servicing.  JAD Associates, Inc. is a business registered in the state of Maryland.  From this deposit, there were several withdrawals via checks:  three checks payable to cash in the amounts of $10,000 and $3,000, $5,000,  and four (4) cashier's checks totaling $100,000 all payable to Jayrece Turnbull.  All four of these cashier's checks were deposited through Mellon National Bank, Hileah, Florida, with the endorsement  reading as "deposit only agente de cambro commercializadora de capitales, SA xxxxxx5069."  Your affiant contacted Mellon Bank in Florida who informed that Cambro Commercializadora de Capitales SA is a money exchange/check cashing business in the Dominican Republic that is not licensed to do business in the United States.  Therefore, the

business does not have branches in the United States.  The company does, however, have a checking account at Mellon bank, account #xxxxxx5069, that the company uses to process the checks it cashes in the Dominican Republic.  The check cashing company uses a courier service to transport the checks from the Dominican Republic to branches of Mellon Bank, in Florida. Frequently, people take checks in U.S. dollars to the business and exchange the checks for pesos, and in this case it appears that Jayrece Turnbull is moving fraud proceeds offshore.

9.      From the Chapa Interiors account, Turnbull withdrew another $100,000.  $55,500 was taken in cash and the remaining $49,500 was withdrawn via cashier's checks.  The cashier's checks were purchased by Harriette Walters and were payable as follows:  $10,000 to Anina Ojo, $10,000 to Diane Gustus, $15,000 to Saks Fifth Avenue, and $14,500 to Nieman Marcus.  From the remaining funds in this account, $225,000 was withdrawn and used to purchase cashier's checks.  The cashier's checks were purchased by Jayrece Turnbull and were made payable to herself.  The disposition of two checks totaling $75,000 is currently unknown.  The remaining checks, totaling $150,000 were deposited back into business accounts owned by Turnbull.

10.     Your affiant has reviewed bank records which indicate that as many as 60 DC government checks have been deposited into accounts under the control of Jayrece Turnbull, Ricardo Walters and/or Richard Walters.  Your affiant has reviewed statements from Neiman Marcus which indicate that Harriette Walters has made payments to her Neiman Marcus account which total in excess of $1,417,000 between January 2000 and present.  Harriette Walters reports that she earns an average yearly income of $101,000 (87,000 as salary from the DC government, and $24,000 for jewelry sales).

11.     Your affiant has reviewed the checks mentioned above and discovered that on

12/01/04, a DC government check, #6177668, dated 11/26/04, in the amount of $346,700, was issued to Bilkemore LLC Real Estate Inc, c/o David Fuss Esq., was deposited into Jayrece Turnbull's Legna Home Services account at Bank of America, number xxxxxxx3993.   The endorsement on the back of the check read,"note payable to Legne Home Services."  Between December 1 and December 30, 2004, this and three other DC government tax revenue checks were deposited into this account totaling $1,402,645.05.  From these funds, Turnbull transferred funds into other accounts under her control and withdrew the following amounts in counter debits:  $55,000, $170,000 and $113,500.  This is consistent with the means used above to disburse funds to other conspirators.

12.    Investigation to date indciates that Lenga Home Services, Chapa Home Services, Chappahome Services, and Lenahome Services are all business names associated with Jayrece Turnbull.  On 12/3/04, a DC government check, #6182292, was issued to Monument Realty Group, LLC, c/o Lenahome Services.  This check was written in the amount of $465,509.49.  On 1/3/05, a DC government check, #6200532, was issued to K Street Group, LLC, c/o David Fuss, Esq.  The check was written in the amount of $340,900 and was deposited into the account of Legna Home Services at Bank of America.  On 12/29/04, a DC government check, #6199183, was issued to Penn Ave Properties Group, c/o Legnahome Services.

**FLOW OF FRAUD PROCEEDS TO BANK ACCOUNTS**

**PNC Bank account number xxxxxx1398 in the name of Harriette Walters**

13.    PNC Bank account number xxxxxx1398, is an account owned by Harriette Walters.  This account receives the bi-weekly direct deposit of Walter's DC government payroll

checks. Your affiant contacted PNC Bank security and discovered that on 9/5/07, Walters

deposited $16,000. This deposit was made up of $2,000 cash and a Bank of America check for

$14,000. Your affiant reviewed Harriette Walter's Bank of America account number

xxxxxxxxx5677. This bank account was funded with hundreds of thousands of dollars believed

to be the proceeds of the fraud scheme described in the attached affidavit and was the source of

the $14,000 check. The deposits into the Bank of America account in just the three months

proceeding this $14,000 check totaled $668,306.00. Harriette Walters pay checks from the DC

government are deposited into the PNC Bank account via direct deposit and therefore are not the

source of the $16,000 deposit on 9/5/07. There is probable cause to believe that the entire

$16,000 deposit into this account represents the proceeds of the fraud scheme and is therefore

subject to seizure and forfeiture.

### Bank of America account number xxxxxxxxx5677,in the name of Harriette Walters

14. Bank of America account number xxxxxxxxx5677 was originally opened in July

of 2001. Your affiant has reviewed bank records for this account from July 2001 through

September 20, 2007. As stated above and in the attached affidavit, your affiant has reviewed

evidence which provide probable cause to believe that Harriette Walters received proceeds from

the DC government checks that were fraudulently obtained and deposited into accounts

controlled by Jayrece Turnbull, Ricardo Walters, Richard Walters and others. Harriette Walters

states on her income tax returns that she only earns $101,000 per year, approximately $87,000

per year from the DC government and another $24,000 from jewelry sales. A review of Walters

Bank of America account number xxxxxxxxx5677 revealed the following deposits into this

account over the past year:

| | |
|---|---|
| 12/21/06-1/23/07 | $178,002.73 |
| 1/245/07-2/20/07 | $120,001.18 |
| 2/21/07-3/23/07 | $197,618.80 |
| 3/24/07-4/20/07 | $33,002.99 |
| 4/21/07-5/22/07 | $158,122.17 |
| 5/23/07-6/21/07 | $181,122.17 |
| 6/22/07-7/23/07 | $75,002.11 |
| 7/24/07-8/23/07 | $533,374.69 ($389,372.96 from property sale) |
| 8/24/07-9/20/07 | $59,930.09 |
| | $1,530,776.93 |
| | -$389,376.96 (less funds from property sale) |
| | $1,141,403.97 |

The majority of these deposits were in large even amounts, $50,000, $20,000 or $5,000.  Your

affiant reviewed some of the deposit and found that on 10/26/06, Walters' account received a

transfer in deposit of $25,000.  This transfer was from her nephew's (Ricardo Walters) Bank of

America account number 003938610064, dba Provident Home Services.  SA Matt Walsh

reviewed this account and found that in the past year this account has deposited DC government

tax refund checks totaling in excess of $2,445,000.  Your affiant has also confirmed with the DC

government and with PNC Bank and reiterates that Harriette Walters DC government paychecks

are directly deposited at PNC Bank not into this account at Bank of America.  There is probable

cause to believe that these deposits are the proceeds of the scheme to defraud the DC government

and are subject to seizure and forfeiture.

## FLOW OF MONEY TO VEHICLES

### 2006 GMC Envoy, Maryland license 708M912, VIN: 1GKET66M866159398, registered in the name of Diane Gustus

15.    On or about July 4, 2006, Diane Gustus purchased a 2006 GMC Envoy for

$40,456.00 from Winegardner Pontiac GMC, in Prince Frederick, Maryland.  Gustus obtained a

loan with GMAC in the amount of $34,935.12.  On the loan application Gustus listed her

employment as an Accounting Tech, at the DC government, with a gross annual income of

$50,761.  Although the terms of this loan called for 72 payments of $485.21, for a total of

$34,935.12, beginning on August 4, 2006.  By July 20, 2007, this loan was paid in full.  Your

affiant reviewed payment records that revealed  large payments against this loan on the following

dates, in the respective amounts:  8/8/06–935.12; 8/14/06– 4,000.00; 9/21/06–5,000;

10/12/06–5,000; 10/30/06–5,000; 12/8/06–5,000; 3/16/07–2,000; 4/24/07–2,000; 5/23/07–3,000;

6/22/07–1,000; and 7/20/07–2,000.  The cashier's checks were purchased at the Northeast or

Charles County Plaza Banking Centers of the Bank of America.  Your affiant has reviewed all of

Gustus' known bank accounts.  Gustus' legitimate income from her employment with the DC

government is deposited into her account at PNC Bank.  The payments for this GMC Envoy were

made with funds that were originally withdrawn from Jayrece Turnbull's Chapa Home Services

account #xxxxxxx2467, and these funds were withdrawn and were used by Harriette Walters to

purchase cashier's checks payable to Diane Gustus.  Gustus held on to these cashier's checks for a

while, and then entered a Bank of America branch, cashed out one of the cashier's checks, taking

some of the funds in cash, and had new cashier's checks made for payment on this GMC loan and

other bills she owned.  There is probable cause to believe that this vehicle was paid for from

Gustus' share of the fraud scheme and is there fore subject to seizure and forfeiture.

### 2006 Mercedes Benz CLK55 convertible, DC license CU7894, VIN:  WDBTK76G96T058943, registered to Harriette Walters

16.    On or about January 25, 2006, Richard Jude Walters (brother of Harriette Walters)

purchased a 2006 Mercedes Benz, VIN:WDBTK76G96T058943, at Euro Motor Cars.  The

purchase price of this vehicle was $87,316.00. Walters paid for this car in full and there is no

lien. Your affiant has reviewed records from Euro Motor Cars which reveal that on January 23,

2006, Richard Walters wrote check number 1046, in the amount of $22,655.00 to EuroMotor

Cars towards the purchase of this Mercedes. On February 9, 2006, EuroMotor Cars received a

wire transfer into their account from Mercedes Benz on behalf of Richard Walters in the amount

of $69,276.70, which is the credit from the trade in of a 2004 Mercedes Benz VIN:

WDBTJ76H24F091094. As stated in the attached affidavit, Richard Walters used his Helmet

Plumbing and Heating Bank account to deposit stolen DC government tax revenue checks. On

or about April 15, 2007, Richard Walters re-titled this vehicle in his sister Harriette Walters'

name. Both Richard Walters and Harriette Walters have received or deposited into accounts

under their control hundreds of thousands of dollars in DC government checks or in funds

traceable to the stolen DC government checks. Your affiant has reviewed purchase documents

from Euro Motor Cars which reveal that in May of 2004 Richard Walters and Jayrece Turnbull

purchased two Mercedes for a grand total of $103,100.00. Jayrece Turnbull wrote a check for

$103,100 for the purchase of these two vehicles. The money that funded this check was directly

traceable to the stolen funds. Your affiant knows that the 2004 Mercedes purchased by Richard

Walters is no longer registered to him and it is believed that this is one of the vehicles traded in

towards this purchase.

### 2005 Chrysler Crossfire, Maryland license 5DEB70, VIN: 1C3AN79N75X057473, registered to Ricardo Ruiz-Walters

17. On or about July 3, 2007, Ricardo Ruiz Walters, the nephew of Harriette Walters,

purchased a 2005 Chrysler Crossfire, Maryland license 5DEB70, VIN: 1C3AN79N75X057473,

for $22,600.00 from Darcars of Auth Way, in Marlow Heights, MD.  This vehicle was paid for in

full and there is no lien.  SA Matt Walsh, working with Bank of America security, discovered

that Ruiz-Walters was depositing DC government tax revenue checks into his Bank of America

account number xxxxxx0064.  This account was opened in the named "Ricardo Walters dba

Provident Home Services.  These checks total in excess of $2,445,000.  Deposits of the DC

government checks are as follows:

> Check number 6588507, in the amount $375,815.00, was deposited on 9/01/2006;
> Check number 6608809, in the amount $375,800.00, was deposited on 9/29/2006;
> Check number 6622187, in the amount $375,800.00, was deposited on 12/07/2006;
> Check number 6685161, in the amount $450,683.90, was deposited on 2/06/2007;
> Check number 6741803, in the amount $468,000.00, was deposited on 5/09/2007;
> Check number 6770966, in the amount $399,498.00, was deposited on 6/18/2007.

This 2005 Crossfire was purchased shortly after Ricardo Walters deposited DC government

check number 6770966, in the amount $399,498.00, in to his Provident Home Services account.

This scheme was the major source of income for Ricardo Walters.  There is probable cause to

believe that this vehicle was paid for with the proceeds of this scheme.

**2005 Mercedes Benz ML350, Maryland license 394M163, VIN:
4JGAB57EX5A533516, registered to Jayrece Turnbull**

18.    On or about July 31, 2004, Jayrece Turnbull purchased a 2005 Mercedes Benz

ML350, Maryland license 394M163, VIN:  4JGAB57EX5A533516, for $43,000.00 from Euro

Motorcars, Bethesda, Maryland.  With taxes and tags, the total final cost was $45,373.  Turnbull

traded in her 1998 Mercedes Benz ML320 (SUV), VIN:  4JGAB54E9WA009103, for which she

received $9,000.00 in trade-in credit.  Turnbull issued check #1002, dated July 31, 2004, drawn

on her account at the Bank of America, #xxxxxxxx4488, to Euro Motorcars, for $36,373.00.

This account, Turnbull's #xxxxxxxx4488, receive in excess of $5,911,000 between 2001 and

August of 2007, which funds appear to be proceeds from the scheme set forth herein.  On 7/1/04, this account received a transfer in of $10,000 from Turnbull's Bank of America account number xxxxxxxx4539, which is Turnbull's Legna Home Services account into which she was depositing the DC government tax revenue checks.  The other funds in this account were based on deposits from Turnbull's sweeps brokerage account which was also funded with the proceeds of the DC government checks.  As stated in the attached affidavit, Jayrece Turnbull has deposited DC government tax revenue checks into several bank accounts under her control.

### 2005 Bentley, Maryland license HELMET, VIN: SCBCR63W15C028601, registered to Richard Jude Walters

19.     On or about March 2006, Richard Jude Walters purchased a 2005 Bentley, Maryland license HELMET, VIN:  SCBCR63W15C028601, from Euro Motor Cars.  He paid with a bank check (Remitter was Hariette Walters) for $150,000 endorsed over to Euro Motor Cars, plus a personal check from in the amount of $16,743.  Ms. Walter's known legitimate income during this period was significantly less than the cost of the cashier's check she obtained that was used to purchase the Bentley and this purchase is consistent with how she has used cashier's checks purchased with proceeds of the fraud scheme described herein to acquire assets.

### 2006 Infiniti M45 ,Maryland license 09667CA, VIN: JNKBY01E86M206372, registered to Walter Jones; and 2006 Infiniti QX56, Maryland license 09668CA, VIN: 5N3AA08CX6N801016, registered to Walter Jones

20.     On or about  March 25, 2006, Walter Jones purchased a 2006 Infiniti M45, VIN: JNKBY01E86M206372, for $56,689.00, from Nationwide Motor Sales, in Timonium, Maryland. Jones put approximately $17,000 down and obtained a loan in the amount of $39,766.45 with Suntrust Bank.  On the same day, Jones purchased a 2006 Infiniti QX56, Maryland license

09668CA,VIN:  5N3AA08CX6N801016, for a  purchase price of  $54,282.84, also from
Nationwide Motor Sales.  Investigation indicates that Jones made a down payment of
approximately $24,000, and obtained a loan for $30,759.98 with Infiniti Financial.  These down
payments may include a trade in value received.

21.     Walter Jones was a manager at Bank of America until it was discovered that he
was removing funds from Jayrece Turnbull's bank accounts.  When confronted by Bank of
America security, Jones stated that Turnbull had given him permission to remove the funds and
had given him other monies as well.  Turnbull confirmed this to Bank of America.  It is believed
that Jones was using his position as Bank Manager to help facilitate the depositing and
distribution of the DC government checks.

22.     Your affiant reviewed Jones' Bank of America account number xxxxxxxx7901
and found that during the time frame Jones purchased these vehicles this account received the
following deposits:  2/28/06–$7,000; 3/9/06–$26,000; 3/20/06–$5,000; 3/29/06–$29,000; and
4/17/06–$5,000.  These deposits are consistent with the funds being withdrawn from several
accounts controlled by Jayrece Turnbull.

23.     A review of Jones Bank of America account number xxxxxxxx7901, revealed that
from April 7, 2006 until February, 2, 2007, Jones made 11 payments of $553.70 to Infiniti
Financial Services, and 11 payments of $735.92 to Suntrust, toward these loans.

**2004 GMC Yukon, Maryland license 366M624, VIN:
1GKEK13T64J222462, registered to Sean Gustus**

24.     On or about April 10, 2004, Sean Gustus purchased a 2004 GMC Yukon,
Maryland license 366M624, VIN:  1GKEK13T64J222462, for $36,500.00 from Vendetti Motors,

411 W. Central Street, Franklin, MA 02038. Gustus put $5,000.00 down on the vehicle and financed the remaining $27,625.00 with Eastern Bank. Your affiant reviewed a payment history for this vehicle and found that on March 13, 2005, Sean Gustus purchased Bank of America cashier's check number 1890495 for $15,000, payable to Eastern Bank-Loan Department. On April 10, 2006, Sean Gustus purchased a Bank of America cashier's check for 2,610.00, also payable to Eastern Bank. Both of these checks were used to make payments on Gustus's 2004 Yukon. Paying for the vehicles with Bank of America cashier's checks is consistent with how his mother paid off her vehicle. Additionally, your affiant discovered that on average, Sean Gustus has an average monthly balance of $2,600 in his personal checking account at Bank of America and only $3,000 in his savings account. At the time Gustus obtained this loan, he listed his annual income on the loan application as $34,000.00. There is probable cause to believe that Sean Gustus used a portion of the proceeds of the fraud scheme described herein to pay for this vehicle.

25.    Your affiant reviewed Bank of America account number xxxxxxxx1689. This account is owned by Sean Gustus and Diane Gustus. My review of all deposits into this account in the months leading up to the purchase of the Yukon revealed only the following deposits: 7/7/03–$1,000; 7/17/03–$900; 8/21/03–$1,000; 9/19/03–$1,500; 10/17/03–$700; 12/24/03–$1,000; 1/20/04–$1,000; 3/04/04–$1,000.

26.    On April 7, 2004, Sean Gustus removed $7,500 from this account. On April 10, 2004, Sean Gustus placed a $5,000 deposit down on the purchase of the Yukon. At the time this Yukon was purchased Sean Gustus was 24 years old and earning $34,000 per year. The deposits shown above are not consistent with the deposit of pay checks. Your affiant knows that Diane

Gustus was receiving large sums of money from the fraud scheme.  Further, the $15,000 Bank of America cashier's check used to make a payment on this vehicle was purchased with funds withdrawn from this account in 2005 by Diane Gustus and was sent to Eastern Bank to pay on this loan.  I believe that Diane Gustus was depositing some of her share of the proceeds into this account and used it to pay off her son's Yukon.

## CONCLUSION

27.    Based on the information contacted in this affidavit (including the attachment hereto), there is probable cause to believe that Harriette Walters, Jayrece Turnbull, Jayrelle Israel, Walter Jones, Richard Walters, Ricardo Walters, and others known and unknown did conspire to engage in a scheme to defraud the District of Columbia government of more than $16,000,000. The also is probable cause to believe that the items listed for seizure in this affidavit are traceable to the proceeds of criminal violations of Title 18, United States Code (U.S.C.), Section 201 (Bribery), Section 1346 (Honest Services Fraud), Section 1341 (Mail Fraud), Section 1343 (Wire Fraud), Section 1349 (Conspiracy to Commit Mail Fraud and Wire Fraud), Section 1344 (Bank Fraud), Section 371 (Conspiracy), and Sections 1956 and 1957 (Money Laundering and Conspiracy to Commit Money Laundering).

28.    Further, based on a review of bank accounts and the legitimate wages earned by these individuals, there is probable cause to believe that the bank accounts listed above were funded with the proceeds of this fraud and the vehicles were purchased with funds directly or indirectly traceable to this fraud.  It is requested that seizure warrants be issued for the following items:

    a)  All fund in PNC Bank (PNC Financial Services Group, Inc.)

account number xxxxxx1398, in the name of Harriette Walters;

b)  All fund in Bank of America N.A. account number xxxxxxxxx5677, in the name of Harriette Monica Walters;

c)  2006 GMC Envoy, Maryland license 708M912, VIN: 1GKET66M866159398, registered in the name of Diane Gustus;

d)  2006 Mercedes Benz CLK55 convertible, DC license CU7894, VIN:  WDBTK76G96T058943, registered to Harriette Walters;

e)  2005 Chrysler Crossfire, Maryland license 5DEB70, VIN: 1C3AN79N75X057473, registered to Ricardo Ruiz Walters;

f)  2005 Mercedes Benz ML350, Maryland license 394M163, VIN: 4JGAB57EX5A533516, registered to Jayrece Turnbull;

g)  2005 Bentley, Maryland license HELMET, VIN: SCBCR63W15C028601, registered to Richard Jude Walters;

h)  2006 Infiniti M45 ,Maryland license 09667CA, VIN: JNKBY01E86M206372, registered to Walter Jones;

i)  2006 Infiniti QX56, Maryland license 09668CA, VIN: 5N3AA08CX6N801016, registered to Walter Jones; and

j)  2004 GMC Yukon, Maryland license 366M624, VIN: 1GKEK13T64J222462, registered to Sean Gustus.

_____

Debra LaPrevotte, Special Agent, FBI


Sworn to and subscribed before me on this _____ day of November, 2007.


_____

United States Magistrate Judge